## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

    **BEFORE ME**, the undersigned authority, personally came and appeared:

KATHRYN FRANKOLA

who after being first duly sworn, did depose and state:

1. She has read through the foregoing Complaint; and

2. All facts and allegations listed in the Complaint are true and correct.

_____<br>KATHRYN FRANKOLA

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY OF
NOVEMBER 2015.

_____
NOTARY PUBLIC
JON G. BETHUNE, BAR #30221
MY COMMISSION IS FOR LIFE