UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KATHRYN FRANKOLA                                                CIVIL ACTION

VERSUS                                                                       NO. 15-5933

BOARD OF SUPERVISORS FOR LOUISIANA            SECTION"H"(5)
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE et al


### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **February 10, 2016** at **2:00 p.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager. **TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must contact the Case Manger at least one week prior to the above date to reschedule the conference. **If an attorney other than Lead Counsel is to participate, Counsel are to contact the Case Manger prior to the conference in order to provide the appropriate contact information**.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:   Erin Mouledous
        Case Manager
        (504) 589-7695

NOTICE OF COMPLIANCE WITH Fed. R. Civ. P. 26(a)(1) & 26(f) and Local Rule 26

COUNSEL ARE TO BE PREPARED TO ANSWER ATTACHED QUESTIONS CONCERNING DISCLOSURE.

NOTICE

COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

02/2011

# IMPORTANT NOTICE TO COUNSEL

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

*WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE WORKING DAYS PRIOR TO THE PRELIMINARY CONFERENCE.