# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

**************************************

## MOTION TO DISMISS DEFENDANT
## LOUISIANA STATE UNIVERSITY SCHOOL OF MEDICINE IN NEW ORLEANS

**NOW INTO COURT**, through undersigned counsel, comes defendant Louisiana State University School of Medicine in New Orleans, who respectfully requests that the plaintiff's complaint against it be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as follows:

1.

Louisiana State University School of Medicine in New Orleans lacks the capacity to sue or be sued.

**WHEREFORE**, defendant Louisiana State University School of Medicine in New Orleans prays that it be dismissed from this suit at plaintiff's cost.

1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY**   *s/Michael C. Keller*
**MICHAEL C. KELLER (#20895)**
**Assistant Attorney General**
Louisiana Department of Justice
Litigation Division
400 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone No.:  (504) 599-1200
Facsimile No.:  (504) 599-1212
E-Mail:  kellerm@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to *all counsel of record*.

   *s/Michael C. Keller*
**MICHAEL C. KELLER**

2