# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

**************************************

## NOTICE OF SUBMISSION

**TO:**  ALL COUNSEL OF RECORD VIA CM/ECF

**PLEASE TAKE NOTICE,** that the undersigned hereby submits the foregoing for decision by the Honorable Jane Triche Milazzo, United States District Judge, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 23rd day of March, 2016, at nine-thirty o'clock in the morning (9:30 a.m.).

1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY**   *s/Michael C. Keller*
    **MICHAEL C. KELLER (#20895)**
    **Assistant Attorney General**
    Louisiana Department of Justice
    Litigation Division
    400 Poydras Street, Suite 1600
    New Orleans, Louisiana  70130
    Telephone No.:  (504) 599-1200
    Facsimile No.:  (504) 599-1212
    E-Mail:  kellerm@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to *all*

*counsel of record*.

    *s/Michael C. Keller*
    **MICHAEL C. KELLER**

2