**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | * | |
| **KATHRYN FRANKOLA** | | **CIVIL ACTION** |
| | * | |
| | | **NUMBER:  2:15-CV-05933** |
| **VERSUS** | * | |
| | | **SECTION:  H(5)** |
| **LOUISIANA STATE UNIVERSITY** | * | |
| **SCHOOL OF MEDICINE IN NEW** | | **JUDGE JANE TRICHE MILAZZO** |
| **ORLEANS, and BOARD OF** | * | |
| **SUPERVISORS OF LOUISIANA** | | **MAG. JUDGE  MICHAEL NORTH** |
| **STATE UNIVERSITY and** | * | |
| **AGRICULTURAL and MECHANICAL** | | |
| **COLLEGE** | * | |
| | | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR SUMMARY JUDGMENT**</u>

**NOW INTO COURT**, through the Louisiana Attorney General, comes defendant, the State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who moves this honorable court to summarily dismiss plaintiff's suit pursuant to Rule 56 of the Federal Rules of Civil Procedure for the reasons listed below and in the accompanying memorandum.

A.

All events, but one, in plaintiff's complaint are prescribed on the face of the pleading.

B.

Plaintiff's suit should be dismissed as there is no genuine issue of material fact that

1

defendant's academic decision was discriminatory or otherwise delictual.

WHEREFORE, defendant, the State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, prays that this honorable court grants this motion for summary judgment and dismisses plaintiff's suit with prejudice and at her cost.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   *s/Michael C. Keller*
   **MICHAEL C. KELLER (#20895)**
   **ASSISTANT ATTORNEY GENERAL**
   LOUISIANA DEPARTMENT OF JUSTICE
   LITIGATION DIVISION
   400 Poydras Street, Suite 1600
   New Orleans, LA 70130
   Telephone:   (504) 599-1200
   Facsimile:   (504) 599-1212
   Email: kellerm@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

   *s/Michael C. Keller*
   **MICHAEL C. KELLER**

2