# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

**************************************

## NOTICE OF SUBMISSION

**TO:**   ALL COUNSEL OF RECORD VIA CM/ECF

**PLEASE TAKE NOTICE,** that the undersigned hereby submits the foregoing for decision by the Honorable Jane Triche Milazzo, United States District Judge, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 24th day of August, 2016, at nine-thirty o'clock in the morning (9:30 a.m.).

1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**


**BY**    *s/Michael C. Keller*
       **MICHAEL C. KELLER (#20895)**
       **Assistant Attorney General**
       Louisiana Department of Justice
       Litigation Division
       400 Poydras Street, Suite 1600
       New Orleans, Louisiana  70130
       Telephone No.:  (504) 599-1200
       Facsimile No.:  (504) 599-1212
       E-Mail:  kellerm@ag.louisiana.gov


## CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to *all counsel of record*.

       *s/Michael C. Keller*
       **MICHAEL C. KELLER**

2