UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATHRYN FRANKOLA                 CIVIL ACTION
                                 NO. 15-05933
VERSUS                           "H"(5)
                                 JUDGE MILAZZO
                                 MAG. JUDGE NORTH
LOUISIANA STATE UNIVERSITY
SCHOOL OF MEDICINE IN
NEW ORLEANS, LOUISIANA

DEPOSITION OF **KATHRYN FRANKOLA, 4301 TULANE AVENUE, #339, NEW ORLEANS, LOUISIANA 70117,** TAKEN IN THE OFFICES OF JON G. BETHUNE, LLC, 4701 TCHOUPITOULAS STREET, NEW ORLEANS, LOUISIANA 70115, ON THURSDAY, THE 12TH DAY OF MAY, 2016, COMMENCING AT 10:00 A.M.

REPORTED BY:

  MICHELLE VIDRINE-CORONA, CCR

  CERTIFIED COURT REPORTER

APPEARANCES:


LAW OFFICE OF JON G. BETHUNE, LLC

ATTORNEYS AT LAW

BY: JON G. BETHUNE, ESQ.

4701 TCHOUPITOULAS STREET

NEW ORLEANS, LOUISIANA 70115

(ATTORNEYS FOR KATHRYN FRANKOLA)



LOUISIANA DEPARTMENT OF JUSTICE

LITIGATION DIVISION

BY: MICHAEL C. KELLER

400 POYDRAS STREET, SUITE 1600

NEW ORLEANS, LOUISIANA 70130

(ATTORNEYS FOR DEFENDANT)



ALSO PRESENT:

JENNIFER BRUSKOTTER

E X A M I N A T I O N   I N D E X

                                                    PAGE

EXAMINATION BY MR. KELLER...............5

EXAMINATION BY MR. BETHUNE............70

E X H I B I T   I N D E X

P1   E-MAIL CORRESPONDENCE DATED 7/29/13..33
P2   E-MAIL CORRESPONDENCE DATED 1/11/13..34
P3   E-MAIL CORRESPONDENCE DATED 4/11/13..35
P4   E-MAIL CORRESPONDENCE DATED 7/25/12..37
P5   E-MAIL CORRESPONDENCE DATED 3/29/13..38
P6   E-MAIL CORRESPONDENCE DATED 10/8/13..40
P7   E-MAIL CORRESPONDENCE DATED 9/4/13...41
P8   E-MAIL CORRESPONDENCE DATED 3/27/13..43
P9   E-MAIL CORRESPONDENCE DATED 7/29/13..44
P10  E-MAIL CORRESPONDENCE DATED 7/29/13..44
P11  E-MAIL CORRESPONDENCE DATED 8/6/13...48
P12  E-MAIL CORRESPONDENCE DATED 4/12/13..50
P13  E-MAIL CORRESPONDENCE DATED 1/23/13..51
P14  E-MAIL CORRESPONDENCE DATED 5/22/13..52
P15  E-MAIL CORRESPONDENCE DATED 9/17/12..53
P16  E-MAIL CORRESPONDENCE DATED 6/13/13..54
P17  E-MAIL CORRESPONDENCE DATED 8/14/13..55
P18  E-MAIL CORRESPONDENCE DATED 9/20/13..57
P19  E-MAIL CORRESPONDENCE DATED 9/25/13..58
P20  E-MAIL CORRESPONDENCE DATED 6/5/14...61
P21  POLICY ON STUDENT WITH DIABILITIES AND
       ACCOMMODATIONS UNDER THE ADA........63
P22  LETTER DATED 7/20/2012 FROM
       DR. KIM LAVIGNE....................65
P22A MEDICAL RELEASE FITNESS FOR
           EMPLOYMENT/ENROLLMENT FORM..67
P23  LETTER DATED 11/7/2014 FROM
       DR. LESLIE E. LAWRENCE.....69

Alliance Reporting, Inc.
4919 Canal Street, Suite 303, New Orleans, Louisiana 70119
(504) 488-6624     alldepo@bellsouth.net

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;

That the formalities of reading, signing, certification and filing are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

*     *     *     *     *

MICHELLE VIDRINE-CORONA, Certified Court Reporter, in and for the Parish of Orleans, State of Louisiana, officiated in administering the oath to the witness.

**Kathryn Frankola,**

after having been first duly sworn by the above-mentioned court reporter, did testify as follows:

EXAMINATION BY MR. KELLER:

Q.   Ms. Frankola, how are you this morning?

A.   I'm doing well.  How are you?

Q.   Good.

My name is Michael Keller.  I'm representing the Board of Supervisors for LSU actually, but that's like the LSU Medical School.

A.   Okay.

Q.   Have you ever done a deposition before?

A.   No.

Q.   All right.  I'm sure you have been prepped by your attorney, but the purpose of the deposition is just to find out what it is you know about your claim.

A.   Okay.

Q.   And to help me understand what that is.

A.   Uh-huh.

Q.   So what I'm going to do is ask you a series of questions.  If it's a yes or no question, I'd like for you to answer yes or no and then explain your answer if you feel an

explanation is necessary.

A.   Okay.

Q.   Also, if it is yes or no, I need you to say yes or no because the court reporter doesn't want to have to pick up this or this (indicating).

A.   Okay.

Q.   It makes it that much harder and we don't want it to be a mistake on the record.

A.   Okay.

Q.   So a verbal expression would be better than a head nod.

A.   Okay.

Q.   Also, I will start the question, I ask that you let me finish the question as best you can before you start to answer.  I will do the same for you, I'll let you finish the answer and then I will go ahead and ask you my question, the next question.

A.   Okay.

Q.   Do you have any questions you want to ask before we get started?

A.   No.

Q.   So tell me a little bit of the chronology about med school.  You applied what

year?

A.    I applied in 2009, fall of 2009.

Q.    And my understanding is that you had a hospitalization before school started in 2010; is that correct?

A.    Yes.  Yes.  It was during orientation. I went to two days of orientation or three days of orientation and then I went to the hospital for five days.  I missed my first three days of classes and then I returned to school.

Q.    Now, you had to be hospitalized. Exactly what were your symptoms that you had to be hospitalized for?

A.    Well, I think I had gotten myself into a physiological state of imbalance.  I was -- that day I was trying to go to school because we had mandatory volunteer activity and they harped at orientation about how we should never drive if we're drunk, and I didn't feel like I was drunk, but I felt like I just wasn't in the right mind-set to operate a car.  So I asked my roommate to drop me off at school that morning. And because I was new I didn't really exactly know where I was going.  And my intention was to find the dean of students and ask for a day off,

just like a day to rest and classes would start on Wednesday.

That was a Monday.  We had the Tuesday off.  So -- but I never made it in because there were these student doctors coming out of the ER and they brought me into the ER because they thought I looked disoriented.  I was in the ER and assessed, and the physicians there determined that I needed to be hospitalized.  But I don't really know the exact criteria that they based that decision on.

Q.    What were you diagnosed with?

A.    Bipolar disorder.

Q.    Is that the first time you had been diagnosed with that?

A.    Yes.

Q.    Okay.

A.    They said I was having a manic episode.

Q.    After that what did you do to treat that?

A.    I was prescribed Lithium and I took it for a while.  Eventually I took -- I tried other -- several other medicines and now I'm on Latuda.

Q.    Now, you said you took it for a while.

9

Did you ever have a period of time that you actually weren't on medication?

A.   Yes.   And usually those periods of time were okay and I wasn't hospitalized and I functioned at a high level and I did okay, but lithium is very dulling.  It blurred my vision, it made it really hard to think and remember things, and I couldn't study my anatomy very well.  I didn't have any memory recollection so I stopped taking lithium and I was doing well for many months, nine months maybe.

Q.   When did you stop taking the lithium?

A.   Probably mid September of 2010.

Q.   Of the first year?

A.   Yes.

Q.   Okay.  So you went that fall semester of 2010?

A.   Yes.

Q.   Did you fail any courses that semester?

A.   No.  No, I did not.

Q.   You went to the spring semester of 2011?

A.   Yes.

Q.   Did you fail any courses that semester?

A.   Yes.  I failed physiology.  And I think part of the reason was that -- so I was in the

same MD/PhD Program, and the first semester they gave us, they just said we have to adjust to med school and pass all of our classes. But the second semester, they made us attend all of these seminars to try and choose a lab and find a lab, so I was very focused on choosing a lab.

And then there was this service activity, Camp Tiger. It's a week-long day camp for kids with mentally and physical disabilities that is run completely fund-raised for and put on by the first year class. So I had to do a lot of extracurricular and volunteer work related to that.

And I even asked the dean for an accommodation to not -- to be relieved of some of my Camp Tiger duties, and he said something, Well, you have to talk to the people in your group. And they -- some of them weren't doing work that they should have been doing and it was less time consuming just to pull their weight than to argue with them about what they should be doing.

And then related to the MD/PhD Program, I was telling John yesterday that it was -- I thought it was a lecture but I was talking to my

11

dad and he reminded me he remembered at the time that it was a social event.  It was a social event for graduating MD/PhD students and it was right before a test.  And I asked the director if I could skip it to study, and she said no.  In hindsight it was one of those for beg forgiveness than ask permission kind of situations because other students ended up missing without asking her and she got a little upset but they ended up getting to study and pass their test, so.  That was, I think, why I failed physiology because of the extracurriculars that I asked for accommodations to be relieved from and I wasn't.

Q.   Did you put those in writing to them?

A.   No.  Verbal request.

Q.   And did you tell them it was because of your bipolar disease?

A.   No.  I said it was because I was really -- I was behind on studying and I knew I wasn't going to pass unless I put more time into study.

Q.   So you didn't write to them or tell them that I'm having trouble because of my bipolar disease and I would like an accommodation because I can't handle it and I need to get out of this

to study?

MR. BETHUNE:

Objection.  It's a mischaracterization of her testimony.  She said that she actually did verbally tell them.

Subject to the objection, go ahead and answer.

BY MR. KELLER:

Q.   Let's start over because the objection probably threw you off.

Did you put in writing that you needed to miss or to request to miss those functions?

A.   No.

Q.   When you spoke to them and you asked them to miss, you did say that, right?

A.   Yes.

Q.   You went to them and said can I be excused from it?

A.   Yes.

Q.   Did you say it's because my bipolar disease is preventing me from doing my studies and accomplishing this extracurricular stuff?

A.   No.  The part of the reason was I didn't really think I had to because I knew they knew I was diagnosed bipolar at the beginning of the

year because I missed school.  And also during orientation and throughout the year they told us that if we were ever having problems keeping up or -- with the studies or academically, we should come talk to someone and try and work out an arrangement.  So I thought that was just my right as a student to be able to ask for an accommodation because I admitted that for whatever reason I wasn't able to focus on my studies.

Q.  All right.  So as a regular student a teacher could say or a professor could say no, correct?

A.  Yes.  And that's what happened.

Q.  Who was it that you asked to be relieved of doing this?

A.  For Camp Tiger it was Dr. Joseph Delcarpio, the dean of students, and for the MD/PhD function it was Dr. Kathleen McDonough, the head of the MD/PhD Program and the physiology professor.  And Dr. Delcarpio is also an anatomy professor.

Q.  All right.  Now, after the first year you were no longer in the PhD. Program, correct?

A.  Right.  The rules were if you failed one

14

class and you're in the MD/PhD Program you get kicked out the MD/PhD Program.  And because I was an out-of-state student when I applied for medical school, my admission to the med school contingent on my continued acceptance to the MD/PhD Program.  So they tried to dismiss me from medical school when I failed that one class.

But I went to Dr. Delcarpio and talked to him and he said, Well, you've been voting here since 2008, you had a job here when you were in college, why don't you repeat the class independently this summer in Vermont, at the University of Vermont and come back, sit the year out, live and work in the city and then reapply at the end -- you know, at the end of the next academic year as an in-state resident to just finish the last year three years of the M.D. Program, so that's what I did.  And I passed physiology the second time with an 89 which was the second highest grade in the class when I took it again when I wasn't distracted by the extracurriculars.

Q.   And that was at the University of Vermont?

A.   Yes.

15

Q.    And did they accept that credit?

A.    Yes.

Q.    So what was your status to start the fall of 2011?

A.    That was the year I had to sit out.  I didn't start classes in the fall of 2011, I worked that year.

Q.    And you had to sit out because you needed to establish your domicile?

A.    Yes.

Q.    So you were hoping to be readmitted and start in the fall of 2012?

A.    Right.  And that's what ended up happening.

Q.    Okay.  2012, fall of 2012, what happened?  Did you pass all of your classes?

A.    I failed pathology and it was barely fail.  So every class at LSU passes a 70 except pathology.  The way the professor does it -- and actually he's not the professor anymore, he was since dismissed for incompetence.  But he said the pass -- he said guaranteed pass is 75 but I usually lower it by a couple of points.  So once I see how everybody does, pass can be like a 71, 72, 73 or 74.

Alliance Reporting, Inc.
4919 Canal Street, Suite 303, New Orleans, Louisiana 70119
(504) 488-6624      alldepo@bellsouth.net

16

So the fall semester, pass was 74.  I literally had a 73.4.  If I would have had 1/10th of a point higher it would have rounded up to a 74 and I would have passed.  And the year before that, pass had been a 73.  So if I were in the class prior to me I would have passed with the same grade I got.

And I think that semester it was really hard to have just sat a year out to be joining a new class all by myself.  And it's also known to be the hardest semester of med school, the fall classes are known to be the hardest.  So I was going into my hardest semester of med school without the momentum of the first year.  The rest of the class had their momentum of the first year, they all knew each other so I was like a new kid.

Then there was Hurricane Isaac that fall so we -- classes were canceled for a few days.  The electricity wasn't working, you had to only study from a book, you couldn't use your Power Point or any of the electronic resources.  So that, I think, kind of -- was a disadvantage to everyone in the class.  But it was really the bumping momentum.  Like I finally was kind of

17

getting my bearings and the hurricane happened.

I -- that was -- all the tests got harder as the class went on so I didn't start out with a very phenomenal -- the first time wasn't great because I was just starting without, you know, getting used to studying again.  And so even though I studied harder as the year went on and -- it improved, the tests got harder, the questions got harder so my grade pretty much stayed the same right around a 73, 74.4, and pass was 74.

Q.   What accommodation did you ask for that semester, and to whom and was it in writing?

A.   I don't think I asked for an accommodation that semester.  I didn't think that I was actually going to fail until I did because I was so close and the rumor was pass was going to be a 72 or 73 like it was the year before. And I knew I was close but I never heard of failing a class with over a 70 percent before and so I just figured I would have at least a 72 or 73 and that would be okay.

Q.   All right.  So now we're in the spring of 2013?

A.   Yes.

Q.    What happened gradewise that semester?

A.    I passed everything.

Q.    So coming out of the spring of 2013, did you have to go to summer school?

A.    Yes.  The summer of 2013, I guess I had to repeat the pathology class that I failed in the fall.

Q.    Did you pass it?

A.    No.  But that -- there was no instruction, it was all completely independent study.  The professor said that he would put out the gross organs for us to be able to look at and examine and see the pathology.  He never put out the gross organs.  I asked if that would be an accommodation or a service that he should provide to the class, but me and several students asked what about the gross organs.  The professor wasn't responding to his e-mails.

There were rumors that he was in rehab that summer because he was just so -- it was like we didn't have a professor.  So the class wasn't really taught, the organs weren't put up, and I got a 74.2 or something like that, and pass was 75.

So I improved my grade to what passing

would have been in the fall.  If I would have had that -- that score in the fall I would have passed but he bumped the grade a point higher on me again.  And that summer, I did ask -- I knew that I was kind of starting to feel manic when we had a test coming up, and I talked to the dean of students before and after the test, and he even showed my e-mails to the psychiatrists on staff and they said, yes, it looks like she is manic.  So I asked for the accommodation to be able to take the test a few days later or to retake it after I failed by less than a point, and that was denied, so.

Q.   Okay.  Who did you ask that accommodation?

A.   Dr. Delcarpio, the dean of students.  And I probably asked Dr. Giovanni Lorusso, the professor of pathology who was no longer -- who was since dismissed.

Q.   All right.  So you then retook it again?

A.   No.  Well, then -- yes.  But not by itself.  Once I failed the second time, they said I had to repeat the entire second year.  So I started in the fall of 2013 and I took pathology again along with the other two classes that they

have that fall semester, three classes, and I passed everything that semester.

Q.    Let's back up, though.  When you were put on probation --

A.    Yes.  That was before --

Q.    Let me finish.

A.    Sorry.  Sorry.  Sorry.

Q.    She can't --

A.    Sorry.

Q.    That's okay.

So after you did not pass the summer school pathology in 2013, you were put on academic probation?

A.    Yes.

Q.    And you had to go before the Promotions Committee --

A.    Yes.

Q.    -- technically to be readmitted, correct?

A.    I think my case went before the Promotions Committee -- sorry.  This is a yes or no so I should say yes, technically I went before the Promotions Committee.  But I didn't physically go before the Promotions Committee, my case went before them.

And Dr. Delcarpio said that it was either I was going to be dismissed from med school, I would have to repeat all of second year or I would only have to repeat pathology.  And I think it was like a 2, 2 and 2 the vote was, like each.  So they compromised and said, okay, she has to repeat the whole year and she's on academic probation.  And that just means you can't fail any classes.  If you do you're kicked out.

Q.   Okay.  So the fall of 2013 you were on academic probation?

A.   Yes.

Q.   You went into the fall semester and you passed everything?

A.   Yes.

Q.   You also became pregnant?

A.   Yes.

Q.   So the spring of 2014, what happened in the spring of 2014 that you decided to -- or that led to you taking a medical leave of absence?

A.   I missed a few days of school for pregnancy.  I was just nauseated and, you know, vomiting, tired, so I didn't go to school and tried to study on my own.  But then I talked to

Dr. Delcarpio about how I missed some class and he said I don't think you're going to be ready for your test in 12 days.  You don't want to fail it because you're academic probation.  And I was thinking in my heart that I think I can be ready for this test in 12 days.  This is a class that I passed last year, I can do it.  But I listened to him, and he said, you know, if you take a medical leave -- and I think he did bring up the bipolar. He said, you're pregnant, but, you know, and you're bipolar, and pregnancy can exacerbate the symptoms of bipolar so we don't want you to get into any trouble, so if you take a medical leave it's like stopping time.  You just come back at the same time next year to exactly where you are, you don't risk failing any classes, you are in good academic standing.

I don't know if I was still on probation for the whole year or just the first semester, but he told me I was in good academic standing because I had just passed all of my classes.  And he said you will need a doctor's note when you come back from medical leave and you're going to have to be -- you join the CAPS Program, campus assistance, and check in with them during your

medical leave and maybe after when you come back, but you'll be able to be readmitted if you stay with the CAPS and you produce a doctor's note which I did.

Q. So he didn't mention anything that there was no guarantee that you may not be accepted back by the Promotions Committee or recommended to be accepted?

A. No, he did not. He said it wouldn't be an academic issue, this was purely a medical issue.

Q. Okay. Then what happened?

A. I met with --

Q. You had your child when?

A. May 14th, 2014. So his birthday is on Saturday.

Q. Congratulations.

A. Thank you.

Q. So you at some point scheduled to -- or tried to be -- to set a time to be readmitted or something?

A. Yes. I actually produced the first fitness-for-duty letter in April but it was right before the end of the semester ended and he said there is no way you can come back because exams

are coming up and you haven't taken exams all year so try to -- you're going to come back next spring semester.  The Promotions Committee will meet in November, and I think that was the first I heard about the Promotions Committee meeting.  But I was -- but he had said before, you know, it's a medical issue.  If you go before the Promotions Committee they're just going to make sure you got a doctor's note and see that you're healthy.

So I -- so he told me to get a letter dated from a doctor, fitness-for-duty letter dated no earlier than mid October.  So I did that, I got a letter dated mid October and I went in front of the Promotions Committee in early November.

Q.    And how did that go?

A.    Well, I guess not great because --

Q.    I just want your perception.

A.    It felt like -- it felt uncomfortable. It felt like they kind of didn't want me to get back in.  And I can't put my finger on it but I didn't just didn't have that good feeling, like I -- it didn't feel great but I was doing my best to answer their questions.  And I told them I was

seeing a doctor, I was on medicine which was the truth, and they told me later when I asked what about my interview made them not want to admit me, they said that I didn't have adequate childcare lined up because my child wasn't enrolled in daycare.

But at the time I was -- I mean I'm still married but we're separated.  But at the time I was living with my husband, he is a contractor so he doesn't have to work 9:00 to 5:00 and go to work, and he said I can completely work my schedule around yours.  Anytime you need me to watch our son I can watch him.  You do med school and I'll schedule meetings and do work when I can.  But he was basically my childcare and I said that.  But they said they wanted me to have a daycare lined up which they didn't tell me in advance, but they actually did use that as a concrete reason that I didn't seem prepared to go back to school.

Q.    And when you say they told you, who is "they"?

A.    Dr. Delcarpio told me, and he said that was a message relayed from the consensus of the Promotions Committee.

Q.    When you went in and they asked you about childcare, is it possible that you said that you thought you -- the kid's father could watch him?

A.    Yes, I said that.

Q.    Did you then -- what did you do after that?  Did you write letters?  Did you --

A.    I wrote a letter to appeal the decision because Dr. Delcarpio said you have the right to appeal, this will be the greatest example of due process at the school if you appeal it.  But let me tell you, there's never been an appeal in the history of LSU that's been successful.  So I put a letter in writing to appeal to Dean Nelson, Steve Nelson, dean of the whole school.

Q.    The whole school, right.

A.    Yes.  And he didn't get back to me, and I kept writing him e-mails saying any word, did you make a decision yet, and finally in January he got back to me and said your appeal has been denied.  But I wasn't surprised because Dr. Delcarpio -- it was just kind of a Hail Mary move but Dr. Delcarpio told me that probably -- that appeals are never successful.

Q.    So do you have any copies of letters or

texts or e-mails throughout the whole time you had dealings with personnel at the medical school asking for a specific accommodation for some particular need that you had?

MR. BETHUNE:

Objection to the form of the question.

Go ahead and answer.

THE WITNESS:

As I told you before, I don't think I put in writing the earlier request for accommodations, and then after I took my medical leave, that was a major accommodation that I thought was being made for me.  So I corresponded in terms of keeping up with it.  Like I think there's e-mails of me telling Dr. D. that I had been meeting with Scott Embley, been going to my doctor asking for the fitness-for-duty letter. So that was kind of a continued ongoing response to the accommodation that I thought was being made for me.  And then it was -- they didn't follow through with the accommodation that they made.  They took it away.

BY MR. KELLER:

Q.    So was it your testimony that the

accommodation was that if you took the medical leave you would be allowed to return to school?

A.    Yes.

Q.    All right.  In your complaint you make a lot of references to accommodations in how you weren't accommodated.  Is that the only accommodation that you're talking about?

MR. BETHUNE:

Objection to the mischaracterization of her testimony.  She's already testified to prior accommodations.

Go ahead and testify.

THE WITNESS:

Yes.  I mean like there were little things that I asked for as time went along.  That first year there was Camp Tiger and the lecture or the social event for the MD/PhD that I wanted to get out of.  And I asked to be excused from the exam and to be able to take it at a later date.  So that was -- that was three over the course of two years, plus the fourth which was the medical leave.  That's what I would consider the accommodations that I asked for.

BY MR. KELLER:

Q.    When you were not accepted by the

Committee in November, you weren't pregnant at the time, correct?

A.   No.   No.   No.   My son was born the previous May, and he's my only child.

Q.   But you weren't pregnant again?

A.   No.   No.   That's my only pregnancy.

Q.   I sent your attorney some e-mails that we had to get off the archive server, that's why it took a while, to get IT to get these.   Do you remember sending various e-mails to the school?

A.   Yes.   Yes.

Q.   Let me ask you before I have you look at these, did you ever write these when you were in a manic state?

A.   Maybe.   I don't know.   I'm kind of maybe not always the best judge of when I'm manic and when I'm not.   Like maybe in hindsight I would read something and then I'd say, Oh, my gosh. Look at all that verbiage.   I had to have been manic then.   But at the time I probably thought I was just expressing whatever thought I needed to express.

And I felt I had a close relationship with Dr. Delcarpio and I could be more -- be less guarded around him, be more verbal, explain

myself, you know.  I thought he was my advocate. So a lot of the longer e-mails are to him, and I just thought that was sort of a confidential line in a way.

Q.   Are any -- I know you've already answered this question, but you didn't ask for any accommodation specifically in these e-mails, did you?

MR. BETHUNE:

Objection to the form of the question.

Go ahead and answer.

THE WITNESS:

In one of my -- I think I did.  I think it might not have been until after I failed the test, but I think I did ask both Dr. Lorusso and Dr. Delcarpio if I could retake it because I was so close to passing and I was sick really when I took the exam.

BY MR. KELLER:

Q.   But you didn't ask because of your bipolar?

A.   Well, sick -- when I say sick, I mean having bipolar symptoms.  Like if I had another disease I would be like out sick or sick with it,

and I wouldn't have been performing my best.

Q.   Do you remember receiving this e-mail?

MR. BETHUNE:

Let me review it first.

THE WITNESS:

Yes, I remember.

BY MR. KELLER:

Q.   Are you asking for any sort of an accommodation in that?

A.   No.

Q.   Okay.

MR. BETHUNE:

Wait a second.  Michael, this is --

THE WITNESS:

I'm not asking anything.

MR. BETHUNE:

This is an e-mail "to," so she couldn't ask.

MR. KELLER:

Let me rephrase.

BY MR. KELLER:

Q.   Is he addressing any type of accommodation anywhere in there with you?

A.   I don't believe so.  But I can't read his mind, so.

Q.   Well, did you -- what was your impression of this?  Does it have to do with anything about an accommodation?

MR. BETHUNE:

Objection to the form of the question.

THE WITNESS:

My interpretation is just that I might have actually failed the test.  I had gotten an e-mail saying that I passed.  I was relieved.  I had talked to my friend, she's like, Yeah, we passed, oh my gosh.  And he said your grade --

BY MR. KELLER:

Q.   She failed too?

A.   No, she didn't.  Your grade hasn't been finalized.  And I said, Well, that means that Dr. Lorusso hasn't said what he wants passing to be, and I'm probably going to fail by less than a point again like I did last time.

Q.   Okay.

MR. BETHUNE:

Are we going to attach that e-mail to the deposition?

MR. KELLER:

You want to?

MR. BETHUNE:

Yes, let's do that.  Let's go ahead and attach that.

MR. KELLER:

Is that the one?

MR. BETHUNE:

I mean I can't do it for you.

MR. KELLER:

No.  No.  We're going to go ahead and label that as Exhibit 1 under -- we'll make it Plaintiff 1.

BY MR. KELLER:

Q.   Do you remember sending this?

MR. BETHUNE:

Let me review it.

Just for the record, this is an e-mail from Kathryn Frankola to Joseph Delcarpio dated January 11th, 2013.

THE WITNESS:

So you're asking if I remember sending this to Dr. Delcarpio?

BY MR. KELLER:

Q.   Yes.

A.   Yes, I do.

Q.    Why did you send that?

A.    Because he had, as you see in his e-mail, he just outlined the instructions for what I'm supposed to do for the next couple of months, and I just wanted to thank him for his attention to my situation.  And really, at the time I was worried about how Step 1 which I was supposed to take in June, how that would conflict with pathology remediation and when I would take -- how to reregister for Step 1, what to do about Path, and he kind of outlined it for me, and so I was just saying, Thank you.  I will follow your directions.

Q.    Okay.

MR. KELLER:

Go ahead and attach that as Plaintiff's 2.

MR. BETHUNE:

Okay.

THE WITNESS:

Yes, I remember this.

MR. BETHUNE:

And if we just refer to the date and time of the e-mail, who it's from and who it's to so it's clear for the record.

BY MR. KELLER:

Q. Was that an e-mail that you sent to Dr. Delcarpio?

A. Well, he -- he e-mailed me, and he said I don't know what he's -- oh, no, I guess I e-mailed him. Sorry.

Oh. I e-mailed him to ask about the dates of summer pathology. Dr. Lorusso, I asked him but he hasn't got to me yet, and I wanted to schedule some trips home in the summer while flights were still cheap and he simply understands, nothing from him. I'll meet Path staff to see if I can get a better idea.

Then he asked me how's the spring semester going. So that's why I detailed how I was doing in each class, I was giving him a little update about my spring classes.

Q. What date was that?

A. When I gave him the update about spring classes, it was Thursday, April 11th of 2013.

MR. KELLER:

Plaintiff's 3?

MR. BETHUNE:

Yes.

MR. KELLER:

Any objection?

MR. BETHUNE:

No.

BY MR. KELLER:

Q.    I just handed your counsel another -- I believe another e-mail from you to Dr. Delcarpio. Is that an e-mail that you wrote to Dr. Delcarpio?

A.    Yes.

Q.    What's the date on it?

A.    July -- Wednesday, July 25th, 2012.

Q.    Did you write that?

A.    Yes.

Q.    What's that one about?

A.    This was when I was reentering med school and after my year off in 2012, and I was rejoining a class so I wasn't on the list for the white-coat ceremony. I didn't have a white coat with the photographers or reserved in the bookstore because I hadn't been a member of that class the whole previous year. So I'm asking him what can I do to participate in the white-coat ceremony on Saturday because LSU has the white-coat ceremony at the beginning of your second year. Some med schools do it at the

beginning of the first year but LSU wants you to earn your white coat and not have it until the beginning of your second year.

Q.   So when would that have been held?

A.   It would have been the Saturday after July 25th, so on or about July 28th.

Q.   So that's in between semesters?

A.   That's right at the end of the very first week of school after second semester, because second semester, I remember, it starts July 24th or July 23rd or like the last week in July.  So it was the beginning of fall semester.

MR. KELLER:

Plaintiff's 4.  Any objection?

MR. BETHUNE:

Sure.  No.

BY MR. KELLER:

Q.   I'm going to ask your attorney to look at another e-mail that I believe you wrote and then I'll ask you the particulars after he looks at it.

A.   Okay.

Q.   I'm sorry.  Are you finished reading it?

A.   Yes.

Q.   What date was that?

A.    The first one that I sent to him that started the thread was Wednesday, March 27, 2013.

Q.    And you wrote this to?

A.    To Dr. Delcarpio.

Q.    And what was this one in reference to?

A.    I was asking him if I should join my class to register for the beginning of the third year on June 24th.  They have a day of registration, they have a day on July 1st that you get access to the electronic health record.  So I asked if I should participate in those activities because at the time I had already failed Path so I knew that I would be remediating Path in the summer, taking Step in August, so I would be starting a block late because I would be taking Step while everybody else started their classes.

So I'm saying can I still go and register with the third-year class, and he says yes, but you can't take -- they have these two mini courses, ophthalmology and radiology before the blocks really start, and he was saying, yes, but you can't take those classes.

MR. KELLER:

P5, any objection?

MR. BETHUNE:

No.

BY MR. KELLER:

Q.    I'm handing your attorney another e-mail.

A.    Yes, I remember this.

Q.    Did you write this?

A.    Yes.

Q.    Who did you write it to?

A.    Well, I guess I wrote a sentence to Dr. Lorusso.

MR. BETHUNE:

I'm sorry.  Can we just establish the date, time, who it's from?

MR. KELLER:

That was my next question.

THE WITNESS:

Okay.  I wrote to Dr. Lorusso on Tuesday, October 8th, 2013 at 8:33 a.m., and then I forwarded that with his e-mail -- he -- Dr. Lorusso had sent an e-mail to the whole class about student attendance.  He had roll -- established rolls for student attendance and he changed them for this one lecture, and he sent the e-mail, I guess, the day before and I hadn't

gotten to it, so I guess I was venting to Dr. D. when I forwarded him the e-mail at 8:39 a.m. on Tuesday, October 8th, 2013.

BY MR. KELLER:

Q.   Okay.  Thanks.

MR. KELLER:

P6, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another e-mail.

A.   Okay.

Q.   Are you familiar with this e-mail?

A.   Yes.

Q.   Date of it, please?

A.   The first one that I -- well, the first one was Tuesday, September 3rd, 2013 at 3:55 p.m.

Q.   To whom?

A.   It was to me from Katie Pierson who was the registration administer at the National Board of Medical Examiners.

Q.   And then you responded?

A.   And then I responded to her, she responded back to me.  I responded back to her

and then I forwarded it to Dr. Delcarpio and Dr. DiCarlo who was the head of Science and Practice of Medicine course for the second year, and I said that -- because they are the ones that told me the method of how to get the refund, so I just wanted to tell them that it worked.

Q.    Okay.

A.    Because I had registered for Step 1 in June and -- oh, no.  This was -- 2013.  Okay.  So this was after I found out that I had to repeat the year so I could -- when I first registered for Step 1 in June, then I thought I was taking it in August when I was expecting to pass summer pathology so I didn't have to pay for it again, just move my registration.  But then I had to cancel my registration, get a refund and I would have just signed up for the exam again in another year.

Q.    Okay.

MR. KELLER:

P7, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.    I'm handing your attorney another

document.

A.   (Views document.)

Q.   Are you familiar with this document?

A.   Yes.

Q.   Can you please describe -- is it an e-mail from you or to you?

A.   From me.

Q.   What was the date?

A.   Wednesday, March 27th, 2013.

Q.   And who was that to?

A.   To Dr. Delcarpio.

Q.   And what was that one about?

A.   This is me telling him, asking -- I mean this probably would be an impossible accommodation, and I knew that, but I was just letting him know that I had a really high grade in clinical pathology which is taught by the same department as pathology and it's more relevant to clinical knowledge because it's called clinical pathology, so I was just asking if I high pass this class and I fail pathology, would there be any way for my grades to change just for both to be a pass, like one bumps down from a high pass to a pass and one bumps up from a fail to a pass because I figured they are taught by the same

department, they have a lot of overlapping subjects, I clearly understand the material, and I can express it in a clinical way, so I was just asking.

Q. Okay.

A. And I knew he probably would say no, but -- and he did, but.

MR. KELLER:

P8, any objection.

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q. I'm handing your attorney another document.

Are you familiar with that document?

A. Yes.

Q. Is that an e-mail from you?

A. Well, Dr. Delcarpio writes to me first back to the Ms. Carolyn's e-mail where she indicates that I passed pathology, and this was my response to him.

Q. What date was that?

A. Monday, July 29th, 2013.

Q. And that was just strictly about the grade?

44

A.    Yes.  Yes.

MR. KELLER:

P9, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.    I'm handing your attorney another document.

A.    Yes, I remember this.

Q.    Can you describe what that is?

A.    This is an e-mail from me to Dr. Delcarpio -- well, Dr. Delcarpio had said, Well, I didn't mean to scare you, I just -- when we talked this morning he told me that you were very close.  Ms. Carolyn shouldn't have sent that e-mail all at once without checking the final grade.  And he's asking if I heard anything definite yet.  And I said, no, and that I knew I was very close.  I knew I shouldn't have been so close.  And then I detailed my thought process during the exam.

Q.    What date was that?

A.    Monday, July 29th, 2013.

MR. KELLER:

P10, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another document.

A.   Yes, I remember this.  And I think this is the e-mail that he thought I was manic and he sent to a psychiatrist who said, yes, I probably was manic.

Q.   What date was that?

A.   The first one looks like August 5th, 2013.

Q.   And that was to who?

A.   That was to Dr. Delcarpio.

Q.   I know it's a long e-mail but generally what was it about?

A.   Well --

Q.   I mean I know it speaks for itself to a certain extent, but why did you send that e-mail?

A.   Well, I guess in this e-mail I see that I mention that another student, who I don't even think had any kind of disorder, asked for an accommodation.  He asked Dr. Lorusso to condense the course for himself so that he was finished two to three weeks earlier and was able to study

for the test.

So Dr. Lorusso had granted another student an accommodation, I mention that in here. I said if I would have known that I could have condensed the course maybe I would have asked to do that but that wasn't -- it wasn't an accommodation that was advertised but it was something that another student asked for and was granted.

I'm trying to look and see if this is the e-mail where I can --

Q.    Well, in response to --

MR. BETHUNE:

Wait.  She was answering.

THE WITNESS:

I was trying to see if I ask him to retake the test in this e-mail.  I think I do but I don't see it right now.  So maybe I didn't. But I think I did.

I said that I would have done better if I could take the exams on a Monday following the Fridays on which they were originally scheduled.  And this option was technically made available to us but both times only about a week or less been the pending exam and I had travel

scheduled, so I didn't have another notice to take advantage -- I mean this accommodation wasn't properly given because it wasn't detailed at the beginning of the course, you could have your exam either on the Friday or the Monday. The exams are on Friday and he tells us right before the test we could move the exam to a Monday and I already have a trip booked. So I mentioned that.

And then I guess maybe I don't ask about taking the test again, maybe that was another time or maybe that was verbal but I know I asked. Or maybe I asked Dr. Lorusso in an e-mail. But I'm saying I hope it's a possibility to repeat only pathology and not all of second year. And then I say if I do have to repeat second year, what do I do about -- second year had already started for that class, so I say what do I do about the material I'm already behind on. I talk about Step 1, what am I going to do about Step 1.

So it's just asking about the future after I detailed how I failed and my grade and my reflection on how the professor handled the course this summer, that summary.

BY MR. KELLER:

Q.   Did you believe that -- or do you believe that you should have had somebody tell you that this was available to you without asking?

A.   The condensed course?

Q.   Yes.

A.   Yes.  Yes.  I don't think it was fair that he somehow told one student or the student thought to ask and then he made the accommodation for that student and didn't tell the rest of us about it.  That seemed like that student had his own course and probably had his own exam.  I mean then the course wasn't fair anymore.

Q.   That's good.  Thanks.

MR. KELLER:

P11, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another document.

A.   Yes, I remember this.

Q.   What date was that?

A.   Friday, April 12th, 2013.

Q.   And what is that?

A.   This was lyrics that --

Q.   No.  I'm sorry.  Is it an e-mail that you drafted?

A.   Yes.  To Dr. Delcarpio.

Q.   Okay.  I'm just trying to get that in because I know your attorney wants to get that out in the beginning.

A.   Okay.

Q.   Now, please describe.

A.   I rewrote lyrics to a rap song about bone marrow basically and about -- it was like for clinical pathology.  It was basically about bone marrow and clinical conditions part of it, clinical conditions about it.  And I sent it to one of my clinical pathology professors and she really liked it so I thought maybe he would like it.  And I sent it to some other students and they liked it.

Q.   Did it help you study?

A.   I think it was a reflection of how well I already understood the material because this was for clinical pathology, and I think I had studied to the point that I got it and I was able to really understand it, and that's why I had a

high pass in that class and I had that other e-mail asking him can I transfer my high pass to a pass and a fail to a pass.

Q.   Okay.

MR. KELLER:

12?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another document.

A.   I remember these e-mails now but I don't remember the attached letter.  It probably just said I was doing fine and that's why I don't remember it.

Q.   That's fine.  That's an e-mail you drafted?

A.   Between me and Dr. Delcarpio.

Q.   And the date?

A.   The date is Tuesday, January 22nd, 2013. And the first e-mail is from Dr. Delcarpio to me, then I respond and he responds and I respond.

Q.   Generally, what was that about again?

A.   He began by telling me that attached are the initial findings of the Preclinical Science

51

and Promotions Committee review of my academic performance.  And I don't think the review said anything that noteworthy because -- unless I had just failed that class.  Oh, so maybe -- yes, this was the letter saying you failed pathology, you're going to have to repeat the class this summer, and it was just formally telling me in the letter, so.  He wanted me to confirm that I got the letter and talk to him if I had any questions.

Q.   Okay.

MR. KELLER:

P13, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another e-mail.  Are you familiar with this document?

A.   Yes.

Q.   And what is it?

A.   It's a communication between Dr. Giovanni Lorusso and me.  It's on Wednesday, May 22nd, 2013.  He's just reminding me that I have a deficiency in pathology and here are my two options for summer remediation.  I could take

the course at West Virginia University School of Medicine and he has some links to it, or option B is staying at LSU for the summer and taking their summer course.

THE WITNESS:

Is it okay to take a restroom break?

MR. KELLER:

Sure.

P14, I believe?

MR. BETHUNE:

No objection.

(A short recess was taken.)

BY MR. KELLER:

Q.   I'm showing your attorney another document.

A.   Yes, I remember this.

Q.   And date, time, and to whom?

A.   Monday, September 17th, 2012, 11:51 a.m. to Dr. Joseph Delcarpio.  Well, the first one -- yes, September 17th at 8:59 a.m.  I'm asking him -- I had participated in Camp Tiger, I guess a year ago, and because I took the year off I didn't get my credit approved in the fall the way everybody else did, and so I'm asking if I could get the class representative for that to approve

my credit a year later.  And he's saying if he doesn't do it I'll approve it myself.

Q.    Okay.

A.    And Camp Tiger, if you remember, that was the service activity that I put entirely too much time into volunteering for it, but at the time I couldn't get out of it.

MR. KELLER:

P15, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.    Another document to your attorney.  It's short.

A.    This is an e-mail from -- it's my response to an e-mail from Dr. Joseph Delcarpio to the entire medicine 2015 class on Monday, June 10th, 2013.  And he's saying -- it's a mass e-mail.  It says, Congrats on finishing Practice Step 1, what are the next steps to study for the regular Step.  And I write back and say I wanted to remind you that I am not going to be taking that practice exam until early August because I currently have my Step scheduled for August 12th. If all goes well with that and Path, I'm set to

start rotations August 19th and I'll only miss half the block.  I'm making sure my voucher for that practice exam will still be good then.  And he says, Yes, the vouchers are good for a year.  And I say thanks.

MR. KELLER:

P16, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another document.

A.    This is an e-mail from Dr. Joseph Delcarpio to me, Tuesday, August 13th, 2013.  And he is letting me know that he's attached a formal from the Preclinical Sciences Promotions Committee and Dean Nelson regarding my performance during the summer remediation course which I failed and that I would have to repeat the second year.  He's saying also he wants to meet with me after the first exam in MIP early the next week.  Please e-mail me a time -- e-mail him to arrange time to meet sometime in the afternoon following my courses.  Good luck on my exam.

And I said, Thanks for the letter and for not dismissing me from school because I heard that was a possibility.  Said I'll try and do well this year.  I can meet any day next week after class is over.  And he says how about 3:00 p.m. Wednesday, and I said, Sure, works for me.

MR. KELLER:

P17?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm handing your attorney another document.

A.   This is an e-mail from me to Dr. Lorusso and I cc'ed the people that were in the course so they would know about feedback and some of the students that were student leaders and some of the other professors.  And I said is there any way we can get a feedback printout from exam 1 because sometimes after exams he does feedbacks where he prints out the questions you missed and you can get the right answer and there's an explanation for them.  And he had a section on his Web site called, I Heard a Rumor that he liked people to -- he posted in about rumors that

people hear about his class whether they're true or not true, so that's why I put it in quotes and said I Heard a Rumor from one of my classmates last year that these printouts are available if we ask you for them because I was -- since I had failed Path twice already I knew the course was cumulative.

I really wanted to do well this third time, and I figured if I could see the printouts of the questions I missed on the first exam, well, then I wouldn't miss them again since the exams are cumulative and we can see these concepts again. So I was just hoping to improve my performance on the future exams and that's why I'm asking for feedback.

Q.    Okay.

A.    And then there is a paragraph saying that the student who was told about this said you don't like to advertise this opportunity to the whole class. And I say while I realize it might be a lot of work for the pathology department to do feedback for the whole class, feedback about missed questions on the exam is very helpful. And I said if you would not offer printed feedback on like detailing the explanation of the

questions, then at least you could let us see the correct answers after we submit our exams like we're able to do in our other two classes.  Our other two classes, when you submit your exams you see your grade right away and then you can review the questions you missed.  But with his exam you see your grade and there's no way to review the questions you missed, and so I was just asking to see missed questions.

MR. KELLER:

P18, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm going to show your attorney another document which I believe is associated with one of the other ones that we just did actually.  So forgive me.  I just got these, you know, the other day.

A.   Okay.  So this is Dr. Lorusso answering my e-mail on Wednesday, September 25th, 2013.  He says, No, there's no opportunity to -- the opportunity to review feedback is immediately after the exam.  I guess I didn't know that when I asked him because if I would have taken the

exam already, I would have seen it.  And I -- he says immediately following completion of the first and second exam.  The exam software will display the questions that were missed.  This is the only opportunity to review exam questions that will be available.

And that is what the other classes do, so that -- and then I write back and I say, I don't remember being able to see the correct answers, just the missed question.  But now I guess you interpret that as feedback so thanks for answering my question.  It's better than nothing at all.

Q.   Okay.

MR. KELLER:

P19, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   I'm showing your attorney another document.

A.   Okay.  This is an e-mail from Dr. Delcarpio to me, Thursday, June 5th, 2014.  I guess I had asked him to register as part time to take a Step prep course, and he said since I

can't -- I haven't completed second year, I can't register as part time.  The Committee did not want to set a precedent by granting me credit for courses in the previous year while I was supposed to be repeating that year in the entirety.  It wouldn't be fair to all other students.  The Committee continues to have --

MR. BETHUNE:

Hold on.  Is there a question about the document or --

MR. KELLER:

I just asked her what was her interpretation of this document.

MR. BETHUNE:

Okay.  And do you remember receiving this document?

BY MR. KELLER:

Q.   What was it about?

Yes, do you remember getting it?

A.   Yes.  I think he's detailing why I'm not allowed to go back into school.  The Committee wanted me to repeat the year in the entirety, and I failed to do that, even though he told me at the time I could take a medical leave and that would still count as repeating the year in the

entirety.  Oh, and he says he'll post me as being on medical leave effective April 15th, 2014.  My grades also will be allowed to be posted as a withdrawal grade.  And I will -- that's when he told me I will need to appear before the Readmissions Committee before I'm allowed to redo the second semester a second year.  The Committee believes this is the best possible outcome for you.  You'll need to find other resources for your health insurance.  Contact the office of financial aid and the person in the office. Please keep in touch.  In early October send me a letter requesting readmission.

He'll need a letter from a doctor indicating that I'm clear to return to full-time medical school.  Once we set the date of the meeting, most likely in November, he'll let me know when and where.  And at the time of my leave I was on administrative referral to the CAPS, Campus Assistance Program, so I will also need to meet with CAP about four weeks prior to my return to school to complete the fitness-for-duty evaluation.

Q.    Okay.  When you read this did you believe when you had to reappear before the

Readmissions Committee, you didn't think that you were not admitted to the school?

A.   No, I didn't think that.  I thought that they would probably ask me questions about what I did during my year off to ensure that I had gotten healthy, how life was going with my son as a mother.  I think they were just going to -- they wanted to just see that I was healthy because I was on medical leave.  I wasn't -- I wasn't in -- this was the first time that I was going in front of the Promotions Committee not being in academic trouble.  Like every other time I've been in front of the Promotions Committee is because I failed the class or had a deficiency in something.  But this, I was just trying to get off of medical leave and I wasn't in any kind of academic trouble.

Q.   Okay.  That's cool.  Thank you.

MR. KELLER:

P20, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   Did you ever go to the LSU Medical School Web site?

62

A.   Yes.

Q.   Did you familiarize yourself with that Web site?

A.   At the time I was somewhat familiar with it, I haven't been on it in a while.

Q.   No.  But I mean when you --

A.   It's not the easiest Web site for, you know, for users.  Other students have complained about it.  And it's not updated as frequently as it needs to be.  But in spite of that, I try to be as familiar with it as I needed to be.

Q.   Did you ever search around on the Web site for various topics?

A.   Probably sometimes.  Usually when I wanted to get in touch with a professor I would search for them and look at their profile and find their e-mail address.

Q.   All right.  Did you ever come across the document that I'm showing -- not the document, the actual section on the Web site that your attorney is looking at?

A.   No, I haven't read this.  But I actually basically did this.  I told them in writing that I was in the hospital for bipolar disorder, I provided a letter from my doctor -- multiple

letters from doctors verifying this disorder and saying that I can go to school, you know, and maybe I could be in treatment as well, so.  So I had -- even without knowing about it I had done some of that already.

MR. BETHUNE:

And I'll just for the record object to the relevancy of this document.  We have no time frame as to when this alleged posting was on a Web site or what Web site it was on, so.

MR. KELLER:

That's fine.

Subject to your objection, P21?

MR. BETHUNE:

Yes, that's fine.

BY MR. KELLER:

Q.   I'm handing a document to your attorney.

A.   This is a fitness-for-duty letter from the psychiatrist I was seeing at the time.  She's telling Dr. Delcarpio that I'm currently a patient in her practice and she sees no present contradictors -- contradictions to me returning to be regularly scheduled course work as second-year medical student on July 23rd, 2013.

MR. BETHUNE:

And for the record, do you want her to describe what it is, whether she's received it?

MR. KELLER:

Yes.  I will.  I didn't interrupt her because she gets on a roll.

BY MR. KELLER:

Q.    Have you ever seen this letter before?

A.    I think so.  Maybe not -- I don't remember if she showed it to me or if she sent it directly to Dr. Delcarpio, because I have seen other fitness-for-duty letters from my other psychiatrists, I don't know if I've seen this one.  But it looks kind of familiar so I might have.

Q.    Who is writing this letter?

A.    Dr. Kimberly Lavigne who is a practicing psychiatrist and actually a graduate of LSU School of Medicine.

Q.    Do you have in your possession her medical records?

A.    No.

Q.    Okay.  You and your attorney don't have those?

THE WITNESS:

I don't think so.

MR. BETHUNE:

I'll object to the line of questioning to the extent that it calls for attorney/client privileged information.

Michael, we've discussed off the record what I have and what I don't have.

MR. KELLER:

That's fine.

BY MR. KELLER:

Q.   But you're not sure whether you've seen this before?

A.   I'm not sure.  I think that I have seen this document.  I think she did fax it to him but she showed it to me before she did and then I didn't take it to him, she faxed it to him.  But I've never seen my medical records that she has, I know that.

Q.   Okay.  That's fine.

MR. KELLER:

P22, any objection?

MR. BETHUNE:

I just reserve my right to a hearsay objection but you can attach it to the deposition.

MR. KELLER:

That's fine.

BY MR. KELLER:

Q.   I'm showing your attorney another document.

MR. BETHUNE:

Let him ask the question before you describe it.

BY MR. KELLER:

Q.   What is that that you're holding right now?

A.   This is a fitness -- a medical release fitness for employment, slash, enrollment form.

Q.   Have you ever seen this before?

A.   Yes.

Q.   Could you please describe what this says?

A.   It is -- my treating physician at the time, Annemarie Casesa, has signed that it is her opinion that the -- that me, the above-named individual, needs to remain in follow-up treatment in order to resume my work school responsibilities in a manner that I won't pose any health or safety risk for myself or others and/or in order for them to not become gravely

impaired.

So she, I guess, is acknowledging that I have enough of a disability that I need to remain in follow-up treatment, otherwise, I could become gravely impaired.

But with that, if I remain in treatment I am -- I'm fine to go to school and resume all my work and school responsibilities.

Q.   What date was that?

A.   That was -- she signed it on April 23rd, 2014.

Q.   But you have seen this before?

A.   Yes.  I think she actually gave it to me and I gave it to Dr. D.

Q.   Okay.  Thanks.

A.   Dr. Delcarpio goes by Dr. D.

Q.   I gathered that.

A.   Okay.  Well, because there's also Dr. Lorusso.  I guess that's Dr. L.  But there's Dr. DiCarlo but we haven't talked about him very much.

MR. KELLER:

P22A, any objection?

MR. BETHUNE:

No objection.

BY MR. KELLER:

Q.   Just a couple more, just hang in there.

I'm handing your attorney two documents that go together.

A.   I didn't see this letter.

Q.   That's fine.  That's what I'm going to ask.  Have you seen that letter that you're holding right now?

A.   I don't think that I've ever seen this letter.

Q.   Okay.  We won't even -- we're not going to go into that one.

A.   Okay.

Q.   You haven't seen it, and that's fine.

A.   I know about it, like she told me that she was going to write it.  And I had confirmation that Dr. D. received it but I didn't actually see the document.

Q.   When she told you about it what did she tell you about it?

A.   That she was going to write me a fitness-for-duty letter to return to school.

MR. BETHUNE:

Since we're referring to the document I would like to attach it to the

deposition.  What is it P23 or?

MR. KELLER:

Yes.

BY MR. KELLER:

Q.  Well, since we're going to attach it, what's the date on that?

A.  November 7th, 2014.

Q.  All right.  Thanks.

A.  That was right before my meeting with the Promotions Committee.

MR. KELLER:

P23, any objection?

MR. BETHUNE:

No objection.

MR. KELLER:

I believe I have reached the end.

THE WITNESS:

Okay.

MR. KELLER:

So I appreciate your patience and I appreciate your attorney's patience.

THE WITNESS:

Thank you.

MR. KELLER:

But because of my disability it

makes it hard sometimes, so sorry about that.

Now your attorney may or may not ask you anything on the record.

MR. BETHUNE:

Just one or two questions.

EXAMINATION BY MR. BETHUNE:

Q.    You have student loans now?

A.    Yes.

Q.    And the student loans, are they -- what are they a product of?  Where did they come from?

A.    From tuition for -- one, first -- well, okay.  For living expenses first year of medical school because I was in the MD/PhD Program and that has free tuition but you still have to pay for your living expenses.  So it was living expenses the first year and then tuition and living expenses for two second years, plus I think I took out additional loans to take the summer class in Vermont.

Q.    Who is your current student loan provider?

A.    Great Lakes.  And I also have a smaller loan with ACS.

Q.    And all of your student loans right now are a result of your tuition at LSU School of

Medicine?

A.   Yes.

Q.   What's the amount that's currently owed?

A.   I think approximately $115,000.

Q.   All right.  And are you in the process of paying these back?

A.   Right now I -- I was on a deferment before I got a job and I signed up for income base for payment, and right now because of my income, which I am making income, but they say that I have a monthly balance of zero dollars. So I know that can't last forever and the interest is accruing, but right now they tell me my monthly balance is zero.

Q.   And do you know the total amount of tuition that you paid for the years that you were at LSU School of Medicine?

A.   I guess it was about 14,000 a year, maybe 16,000 a year, so that would be like about 50,000 for tuition and then I think the rest of that money would be from living expenses, extra classes and accrued interest.  And then I took out an extra 11,000 when I thought I was going back in the spring of 2014 and then I wasn't.

MR. BETHUNE:

72

Okay.  Nothing further.

MR. KELLER:

All good.

(Whereupon the deposition was concluded at 11:39 a.m.)

73

REPORTER'S CERTIFICATE

   This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

                I, Michelle Vidrine-Corona, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that (Kathryn Frankola) to whom oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing (73) pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board, that I have no actual knowledge of any prohibited employment or contractual relationship between myself and a party litigant in this matter.  I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.


                _____
                Michelle Vidrine-Corona, CCR, #96023
                Certified Court Reporter

Alliance Reporting, Inc.
4919 Canal Street, Suite 303, New Orleans, Louisiana 70119
(504) 488-6624      alldepo@bellsouth.net

**#**

**#339** [1] - 1:12
**#96023** [1] - 73:24

**$**

**$115,000** [1] - 71:4

**1**

**1** [10] - 33:11, 33:12, 34:7, 34:10, 41:8, 41:12, 47:20, 47:21, 53:20, 55:19
**1/10th** [1] - 16:2
**1/11/13..34** [1] - 3:9
**1/23/13..51** [1] - 3:15
**10/8/13..40** [1] - 3:11
**10:00** [1] - 1:16
**10th** [1] - 53:18
**11,000** [1] - 71:23
**11/7/2014** [1] - 3:22
**11:39** [1] - 72:4
**11:51** [1] - 52:18
**11th** [2] - 33:19, 35:20
**12** [3] - 22:3, 22:6, 50:6
**12TH** [1] - 1:15
**12th** [2] - 48:25, 53:24
**13th** [1] - 54:14
**14,000** [1] - 71:18
**1434** [1] - 73:15

**14th** [1] - 23:15
**15-05933** [1] - 1:5
**15th** [1] - 60:2
**16,000** [1] - 71:19
**1600** [1] - 2:15
**17th** [2] - 52:18, 52:20
**19th** [1] - 54:1
**1st** [1] - 38:9

**2**

**2** [4] - 21:5, 34:17
**2008** [1] - 14:10
**2009** [2] - 7:2
**2010** [3] - 7:4, 9:13, 9:17
**2011** [3] - 9:21, 15:4, 15:6
**2012** [6] - 15:12, 15:15, 36:11, 36:16, 52:18
**2013** [24] - 17:24, 18:3, 18:5, 19:24, 20:12, 21:11, 33:19, 35:20, 38:2, 39:19, 40:3, 40:18, 41:9, 42:9, 43:23, 44:23, 45:12, 48:25, 50:20, 51:23, 53:18, 54:14, 57:21, 63:24
**2014** [8] -

21:19, 21:20, 23:15, 58:23, 60:2, 67:11, 69:7, 71:24
**2015** [1] - 53:17
**2016** [1] - 1:15
**22nd** [2] - 50:20, 51:23
**23rd** [3] - 37:11, 63:24, 67:10
**24th** [2] - 37:11, 38:8
**25th** [3] - 36:11, 37:6, 57:21
**27** [1] - 38:2
**27th** [1] - 42:9
**28th** [1] - 37:6
**29th** [2] - 43:23, 44:23

**3**

**3** [1] - 35:22
**3/27/13..43** [1] - 3:12
**3/29/13..38** [1] - 3:11
**37:2554** [1] - 73:7
**3:00** [1] - 55:5
**3:55** [1] - 40:18
**3rd** [1] - 40:18

**4**

**4** [1] - 37:14
**4/11/13..35** [1] - 3:10
**4/12/13..50** [1] - 3:14
**400** [1] - 2:15
**4301** [1] -

1:11
**4701** [2] - 1:13, 2:7

**5**

**5/22/13..52** [1] - 3:15
**50,000** [1] - 71:20
**5:00** [1] - 25:11
**5th** [2] - 45:11, 58:23

**6**

**6/13/13..54** [1] - 3:16
**6/5/14...61** [1] - 3:18

**7**

**7/20/2012** [1] - 3:20
**7/25/12..37** [1] - 3:10
**7/29/13..33** [1] - 3:9
**7/29/13..44** [2] - 3:13, 3:13
**70** [2] - 15:18, 17:20
**70115** [2] - 1:15, 2:8
**70117** [1] - 1:12
**70130** [1] - 2:16
**71** [1] - 15:24
**72** [3] - 15:25, 17:18, 17:21
**73** [6] - 15:25, 16:5, 17:10, 17:18, 17:22, 73:8
**73.4** [1] - 16:2
**74** [4] - 15:25, 16:1, 16:4, 17:11

**74.2** [1] - 18:23
**74.4** [1] - 17:10
**75** [2] - 15:22, 18:24
**7th** [1] - 69:7

**8**

**8/14/13..55** [1] - 3:17
**8/6/13...48** [1] - 3:14
**89** [1] - 14:19
**8:33** [1] - 39:19
**8:39** [1] - 40:2
**8:59** [1] - 52:20
**8th** [2] - 39:19, 40:3

**9**

**9/17/12..53** [1] - 3:16
**9/20/13..57** [1] - 3:17
**9/25/13..58** [1] - 3:18
**9/4/13...41** [1] - 3:12
**9:00** [1] - 25:10

**A**

**A.M** [1] - 1:16
**a.m** [5] - 39:19, 40:2, 52:18, 52:20, 72:5
**ability** [1] - 73:10
**able** [10] - 13:7, 13:9, 18:12, 19:10, 23:2, 28:19, 45:25, 49:24, 57:3, 58:9
**above-**

mentioned [1] - 5:3
**above-named** [1] - 66:20
**absence** [1] - 21:21
**academic** [11] - 14:16, 20:13, 21:8, 21:12, 22:4, 22:17, 22:20, 23:10, 51:1, 61:12, 61:17
**academically** [1] - 13:4
**accept** [1] - 15:1
**acceptance** [1] - 14:5
**accepted** [3] - 23:6, 23:8, 28:25
**access** [1] - 38:10
**accommodated** [1] - 28:6
**accommodation** [24] - 10:15, 11:24, 13:8, 17:12, 17:15, 18:15, 19:10, 19:15, 27:3, 27:13, 27:20, 27:22, 28:1, 28:7, 30:7, 31:9, 31:23, 32:3, 42:15, 45:23, 46:3, 46:7, 47:2, 48:10
**ACCOMMODATIONS**

[1] - 3:19
**accommodations** [5] - 11:13, 27:12, 28:5, 28:11, 28:23
**accompanied** [1] - 73:3
**accomplishing** [1] - 12:22
**accordance** [1] - 4:7
**accrued** [1] - 71:22
**accruing** [1] - 71:13
**acknowledging** [1] - 67:2
**ACS** [1] - 70:23
**acted** [1] - 73:14
**ACTION** [1] - 1:4
**activities** [1] - 38:12
**activity** [3] - 7:17, 10:8, 53:5
**actual** [2] - 62:20, 73:16
**ADA........63** [1] - 3:19
**additional** [1] - 70:18
**address** [1] - 62:17
**addressing** [1] - 31:22
**adequate** [1] - 25:4
**adjust** [1] - 10:2
**administer** [1] - 40:21
**administered** [1] - 73:7
**administering** [1] - 4:23
**administrative** [1] -

60:19
**admission** [1] - 14:4
**admit** [1] - 25:3
**admitted** [2] - 13:8, 61:2
**advance** [1] - 25:18
**advantage** [1] - 47:2
**advertise** [1] - 56:19
**advertised** [1] - 46:7
**advisory** [1] - 73:16
**advocate** [1] - 30:1
**aforementioned** [1] - 4:5
**afternoon** [1] - 54:24
**ago** [1] - 52:22
**AGREED** [1] - 4:3
**ahead** [8] - 6:18, 12:6, 27:8, 28:12, 30:12, 33:3, 33:10, 34:16
**aid** [1] - 60:11
**alleged** [1] - 63:9
**allowed** [4] - 28:2, 59:21, 60:3, 60:6
**ALSO** [1] - 2:20
**amount** [2] - 71:3, 71:15
**anatomy** [2] - 9:8, 13:21
**AND** [2] - 3:19, 4:3
**Annemarie** [1] - 66:19
**answer** [10] - 4:13, 5:24, 5:25,

6:16, 6:17, 12:7, 24:25, 27:8, 30:12, 55:22

**answered** [1] - 30:6

**answering** [3] - 46:14, 57:20, 58:12

**answers** [2] - 57:2, 58:10

**anytime** [1] - 25:12

**appeal** [6] - 26:8, 26:10, 26:11, 26:12, 26:14, 26:20

**appeals** [1] - 26:24

**appear** [1] - 60:5

**APPEARANCES** [1] - 2:1

**applied** [3] - 6:25, 7:2, 14:3

**appreciate** [2] - 69:20, 69:21

**approve** [2] - 52:25, 53:2

**approved** [1] - 52:23

**April** [5] - 23:23, 35:20, 48:25, 60:2, 67:10

**archive** [1] - 29:8

**argue** [1] - 10:21

**arrange** [1] - 54:23

**arrangement** [2] - 13:6, 73:13

**arrangements** [1] -

73:13

**Article** [1] - 73:15

**assessed** [1] - 8:8

**assistance** [1] - 22:25

**Assistance** [1] - 60:20

**associated** [1] - 57:16

**AT** [2] - 1:16, 2:5

**attach** [6] - 32:23, 33:4, 34:16, 65:24, 68:25, 69:5

**attached** [3] - 50:13, 50:24, 54:15

**attend** [1] - 10:4

**attendance** [2] - 39:22, 39:23

**attention** [1] - 34:6

**attorney** [25] - 5:16, 29:7, 37:18, 39:4, 40:11, 41:25, 43:13, 44:7, 45:4, 48:21, 49:7, 50:10, 51:17, 52:14, 53:13, 54:11, 55:12, 57:15, 58:20, 62:21, 63:17, 64:23, 66:4, 68:3, 70:2

**attorney's** [1] - 69:21

**attorney/client** [1] - 65:5

**ATTORNEYS** [3] - 2:5, 2:9, 2:17

**August** [7] - 38:14, 41:13, 45:11, 53:23, 53:24, 54:1, 54:14

**authority** [1] - 73:7

**available** [4] - 46:24, 48:4, 56:4, 58:6

**AVENUE** [1] - 1:12

### B

**balance** [2] - 71:11, 71:14

**barely** [1] - 15:17

**base** [1] - 71:9

**based** [1] - 8:10

**bearings** [1] - 17:1

**became** [1] - 21:17

**become** [2] - 66:25, 67:4

**beg** [1] - 11:6

**began** [1] - 50:24

**beginning** [8] - 12:25, 36:24, 37:1, 37:3, 37:12, 38:7, 47:4, 49:8

**behind** [2] - 11:19, 47:19

**believes** [1] - 60:8

**best** [6] - 6:15, 24:24, 29:16, 31:1, 60:8, 73:10

**BETHUNE**

[52] - 1:13, 2:4, 2:6, 12:2, 27:5, 28:8, 30:9, 31:3, 31:12, 31:16, 32:4, 32:22, 33:2, 33:7, 33:15, 34:18, 34:22, 35:23, 36:2, 37:15, 39:1, 39:12, 40:8, 41:22, 43:10, 44:4, 45:1, 46:13, 48:18, 50:7, 51:14, 52:10, 53:10, 54:8, 55:9, 57:12, 58:17, 59:8, 59:14, 61:21, 63:6, 63:14, 63:25, 65:2, 65:22, 66:6, 67:24, 68:23, 69:13, 70:4, 70:6, 71:25

**BETHUNE..........70**
[1] - 3:5

**better** [4] - 6:11, 35:13, 46:20, 58:12

**between** [5] - 4:3, 37:7, 50:18, 51:21, 73:17

**bipolar** [11] - 8:13,

11:17, 11:23, 12:20, 12:25, 22:9, 22:11, 22:12, 30:22, 30:24, 62:24

**birthday** [1] - 23:15

**bit** [1] - 6:24

**block** [2] - 38:15, 54:2

**blocks** [1] - 38:22

**blurred** [1] - 9:6

**board** [2] - 73:12, 73:16

**Board** [2] - 5:10, 40:21

**bone** [2] - 49:12, 49:14

**book** [1] - 16:21

**booked** [1] - 47:8

**bookstore** [1] - 36:20

**born** [1] - 29:3

**break** [1] - 52:6

**bring** [1] - 22:9

**brought** [1] - 8:6

**BRUSKOTTER** [1] - 2:21

**bumped** [1] - 19:3

**bumping** [1] - 16:25

**bumps** [2] - 42:23, 42:24

**BY** [45] - 1:23, 2:6, 2:14, 3:4, 3:5, 5:5, 12:8, 27:24, 28:24,

30:20, 31:7, 31:21, 32:14, 33:13, 33:23, 35:1, 36:4, 37:17, 39:3, 40:4, 40:10, 41:24, 43:12, 44:6, 45:3, 48:1, 48:20, 50:9, 51:16, 52:13, 53:12, 54:10, 55:11, 57:14, 58:19, 59:17, 61:23, 63:16, 64:7, 65:10, 66:3, 66:9, 68:1, 69:4, 70:6

### C

**Camp** [6] - 10:8, 10:16, 13:17, 28:16, 52:21, 53:4

**camp** [1] - 10:8

**Campus** [1] - 60:20

**campus** [1] - 22:24

**cancel** [1] - 41:16

**canceled** [1] - 16:19

**CAP** [1] - 60:21

**CAPS** [3] - 22:24, 23:3, 60:19

**car** [1] - 7:21

**Carolyn** [1] - 44:15

**Carolyn's**

[1] - 43:19

**case** [2] - 20:20, 20:25

**Casesa** [1] - 66:19

**cc'ed** [1] - 55:15

**CCR** [2] - 1:24, 73:24

**ceremony** [3] - 36:18, 36:23, 36:24

**certain** [1] - 45:19

**CERTIFICATE** [1] - 73:1

**certification** [2] - 4:10, 73:3

**CERTIFIED** [1] - 1:25

**Certified** [3] - 4:21, 73:5, 73:24

**certify** [1] - 73:6

**change** [1] - 42:22

**changed** [1] - 39:24

**cheap** [1] - 35:11

**check** [1] - 22:25

**checking** [1] - 44:16

**child** [3] - 23:14, 25:5, 29:4

**childcare** [3] - 25:5, 25:15, 26:2

**choose** [1] - 10:5

**choosing** [1] - 10:6

**chronology** [1] - 6:25

**city** [1] - 14:14

**CIVIL** [1] - 1:4

**Civil** [2] - 4:7, 73:15

**claim** [1] - 5:18

**class** [36] - 10:11, 14:1, 14:7, 14:11, 14:20, 15:18, 16:6, 16:10, 16:15, 16:24, 17:3, 17:20, 18:6, 18:16, 18:21, 22:1, 22:6, 35:16, 36:17, 36:21, 38:7, 38:19, 39:21, 42:21, 47:18, 50:1, 51:4, 51:6, 52:25, 53:17, 55:5, 56:1, 56:20, 56:22, 61:14, 70:19

**classes** [20] - 7:10, 8:1, 10:3, 15:6, 15:16, 16:12, 16:19, 19:25, 20:1, 21:9, 22:16, 22:21, 35:17, 35:20, 38:17, 38:23, 57:3, 57:4, 58:7, 71:22

**classmates** [1] - 56:3

**clear** [2] - 34:25, 60:15

**clearly** [1] - 43:2

**clinical** [9] -

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42:17, 42:19, 43:3, 49:13, 49:14, 49:15, 49:16, 49:23 | completed [1] - 59:1 | contractual [2] - 73:14, 73:17 | 54:18, 55:15, 56:6, 58:25, 63:23 | 3:17, 3:17, 3:18, 3:18, 3:20, 3:22 | 26:22, 26:23, 29:24, 30:17, 33:18, 33:22, 35:3, 36:6, 36:8, 38:4, | S [1] - 3:19 | 62:25 |
| close [7] - 17:17, 17:19, 29:23, 30:18, 44:15, 44:19, 44:20 | completely [3] - 10:10, 18:10, 25:11 | contradictions [1] - 63:22 | courses [5] - 9:19, 9:23, 38:21, 54:24, 59:4 | dated [4] - 24:12, 24:13, 24:14, 33:19 | | diagnosed [3] - 8:12, 8:15, 12:25 | doctor's [3] - 22:22, 23:3, 24:9 |
| | completion [1] - 58:2 | contradictors [1] - 63:22 | | dates [1] - 35:8 | | DiCarlo [2] - 41:2, 67:20 | doctors [2] - 8:5, 63:1 |
| | compliance [2] - 73:11, 73:14 | cool [1] - 61:18 | Court [3] - 4:21, 73:5, 73:24 | DAY [1] - 1:15 | 41:1, 42:11, 43:18, 44:12, 45:14, 49:5, 50:18, 50:21, 52:19, 53:16, 54:14, 58:23, 63:20, 64:11, 67:16 | direction [1] - 73:10 | document [27] - 42:1, 42:2, 42:3, 43:14, 43:15, 44:8, 45:5, 48:22, 50:11, 51:18, 52:15, 53:13, 54:12, 55:13, 57:16, 58:21, 59:10, 59:13, 59:16, 62:19, 63:8, 63:17, 65:14, 66:5, 68:18, 68:25 |
| coat [5] - 36:18, 36:22, 36:24, 37:2 | compromised [1] - 21:6 | copies [1] - 26:25 | COURT [2] - 1:1, 1:25 | daycare [2] - 25:6, 25:17 | | directions [1] - 34:13 | |
| Code [1] - 73:15 | concepts [1] - 56:13 | CORONA [2] - 1:24, 4:21 | court [2] - 5:3, 6:4 | days [9] - 7:7, 7:9, 16:19, 19:11, 21:22, 22:3, 22:6 | | directly [1] - 64:11 | |
| college [1] - 14:11 | concluded [1] - 72:4 | Corona [2] - 73:5, 73:24 | credit [4] - 15:1, 52:23, 53:1, 59:3 | | | director [1] - 11:4 | |
| coming [4] - 8:5, 18:3, 19:6, 24:1 | concrete [1] - 25:19 | correct [8] - 7:5, 13:13, 13:24, 20:19, 29:2, 57:2, 58:9, 73:10 | criteria [1] - 8:10 | dealings [1] - 27:2 | | disabilities [1] - 10:9 | |
| COMMENCING [1] - 1:16 | condense [1] - 45:23 | | cumulative [2] - 56:7, 56:12 | dean [6] - 7:25, 10:14, 13:18, 19:6, 19:16, 26:15 | denied [2] - 19:13, 26:21 | disability [2] - 67:3, 69:25 | |
| Committee [22] - 20:16, 20:21, 20:23, 20:24, 23:7, 24:3, 24:5, 24:8, 24:15, 25:25, 29:1, 51:1, 54:17, 59:2, 59:7, 59:21, 60:6, 60:7, 61:1, 61:11, 61:13, 69:10 | condensed [2] - 46:5, 48:6 | | current [1] - 70:20 | | DEPARTMENT [1] - 2:12 | disadvantage [1] - 16:23 | |
| | conditions [2] - 49:14, 49:15 | corresponded [1] - 27:14 | | | department [3] - 42:18, 43:1, 56:21 | discussed [1] - 65:6 | documents [1] - 68:3 |
| | confidential [1] - 30:3 | CORRESPONDENCE [20] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18 | **D** | Dean [2] - 26:14, 54:17 | deposition [9] - 4:5, 4:14, 5:13, 5:17, 32:24, 65:25, 69:1, 72:4, 73:14 | disease [4] - 11:17, 11:24, 12:21, 30:25 | dollars [1] - 71:11 |
| | confirm [1] - 51:8 | | dad [1] - 11:1 | decided [1] - 21:20 | | dismiss [1] - 14:6 | domicile [1] - 15:9 |
| | confirmation [1] - 68:17 | | date [18] - 28:20, 34:23, 35:18, 36:10, 37:25, 39:14, 40:16, 42:8, 43:22, 44:22, 45:10, 48:24, 50:19, 50:20, 52:17, 60:16, 67:9, 69:6 | decision [3] - 8:11, 26:8, 26:19 | | dismissed [3] - 15:21, 19:19, 21:2 | done [3] - 5:13, 46:20, 63:4 |
| | conflict [1] - 34:8 | | | DEFENDANT [1] - 2:17 | | | down [1] - 42:23 |
| | Congrats [1] - 53:19 | | | deferment [1] - 71:7 | DEPOSITION [1] - 1:11 | dismissing [1] - 55:2 | Dr [57] - 13:17, 13:19, 13:21, 14:8, 19:16, 19:17, 21:1, 22:1, 25:23, 26:9, 26:22, 26:23, 27:16, 29:24, 30:16, 30:17, 32:18, |
| communication [1] - 51:21 | congratulations [1] - 23:17 | counsel [3] - 4:4, 36:5, 73:18 | | deficiency [2] - 51:24, 61:14 | describe [6] - 42:5, 44:10, 49:10, 64:2, 66:8, 66:16 | disorder [4] - 8:13, 45:22, 62:24, 63:1 | |
| complained [1] - 62:8 | consensus [1] - 25:24 | count [1] - 59:25 | DATED [22] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, | defined [1] - 73:15 | | disoriented [1] - 8:7 | |
| complaint [1] - 28:4 | consider [1] - 28:22 | couple [3] - 15:23, 34:4, 68:2 | | definite [1] - 44:18 | detailed [4] - 35:15, 44:20, 47:3, 47:23 | display [1] - 58:4 | |
| complete [2] - 60:22, 73:12 | consuming [1] - 10:20 | course [16] - 28:21, 41:3, 45:24, 46:5, 47:4, 47:25, 48:6, 48:13, 48:14, 52:1, 52:4, | | Delcarpio [34] - 13:18, 13:21, 14:8, 19:16, 21:1, 22:1, 25:23, 26:9, | detailing [2] - 56:25, 59:20 | distracted [1] - 14:21 | |
| | contact [1] - 60:10 | | | | | DISTRICT [2] - 1:1, 1:2 | |
| | contingent [1] - 14:5 | | | | determined [1] - 8:8 | DIVISION [1] - 2:13 | |
| | continued [2] - 14:5, 27:19 | | | | | doctor [5] - 24:12, 25:1, 27:18, 60:14, | |
| | continues [1] - 59:7 | | | | DIABILITIE | | |
| | contractor [1] - 25:10 | | | | | | |

Michelle Vidrine-Corona, CCR

813 North Bengal Road, Metairie, Louisiana 70003

(504) 400-9321      micorona@cox.net

33:22, 35:3, 35:8, 36:6, 36:8, 38:4, 39:11, 39:18, 39:21, 40:1, 41:1, 41:2, 42:11, 43:18, 44:12, 45:14, 45:23, 46:2, 47:13, 49:5, 50:18, 50:21, 51:22, 52:19, 53:16, 54:13, 55:14, 57:20, 58:23, 63:20, 64:11, 64:17, 67:14, 67:16, 67:19, 67:20, 68:17

**DR** [2] - 3:20, 3:22

**drafted** [2] - 49:4, 50:17

**drive** [1] - 7:18

**drop** [1] - 7:22

**drunk** [2] - 7:19

**due** [1] - 26:10

**dulling** [1] - 9:6

**duly** [2] - 5:2, 73:7

**during** [6] - 7:6, 13:1, 22:25, 44:21, 54:18, 61:5

**duties** [1] - 10:16

**duty** [7] -

23:23, 24:12, 27:18, 60:22, 63:18, 64:12, 68:22

## E

**E-MAIL** [20] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18

**e-mail** [45] - 31:2, 31:17, 32:10, 32:23, 33:18, 34:3, 34:24, 35:2, 36:6, 36:7, 37:19, 39:5, 39:20, 39:21, 39:25, 40:2, 40:12, 40:14, 42:6, 43:17, 43:19, 44:11, 44:16, 45:7, 45:15, 45:19, 45:20, 46:11, 46:17, 47:14, 49:3, 50:2, 50:16, 50:21, 51:18, 53:15, 53:16, 53:19, 54:13, 54:22, 55:14,

57:21, 58:22, 62:17

**e-mailed** [3] - 35:4, 35:6, 35:7

**e-mails** [10] - 18:18, 19:8, 26:18, 27:1, 27:16, 29:7, 29:10, 30:2, 30:7, 50:12

**early** [4] - 24:15, 53:23, 54:21, 60:12

**earn** [1] - 37:2

**easiest** [1] - 62:7

**EASTERN** [1] - 1:2

**effective** [1] - 60:2

**either** [2] - 21:2, 47:5

**electricity** [1] - 16:20

**electronic** [2] - 16:22, 38:10

**Embley** [1] - 27:17

**employment** [2] - 66:13, 73:16

**EMPLOYMENT/ENROLLMENT** [1] - 3:21

**end** [5] - 14:15, 23:24, 37:8, 69:16

**ended** [4] - 11:8, 11:9, 15:13, 23:24

**enrolled** [1] - 25:6

**enrollment** [1] - 66:13

**ensure** [1] -

61:5

**entire** [2] - 19:23, 53:17

**entirely** [1] - 53:5

**entirety** [3] - 59:5, 59:22, 60:1

**entity** [1] - 73:13

**episode** [1] - 8:18

**ER** [3] - 8:5, 8:6, 8:7

**ESQ** [1] - 2:6

**establish** [2] - 15:9, 39:13

**established** [1] - 39:23

**evaluation** [1] - 60:23

**event** [3] - 11:2, 11:3, 28:17

**eventually** [1] - 8:22

**evidence** [1] - 4:15

**exacerbate** [1] - 22:11

**exact** [1] - 8:10

**exactly** [3] - 7:12, 7:23, 22:15

**exam** [21] - 28:19, 30:19, 41:17, 44:21, 46:25, 47:5, 47:7, 48:13, 53:23, 54:3, 54:21, 54:25, 55:19, 56:10, 56:23, 57:6, 57:24, 58:1, 58:3, 58:5

**EXAMINATION** [4] -

3:4, 3:5, 5:5, 70:6

**examine** [1] - 18:13

**Examiners** [1] - 40:22

**example** [1] - 26:10

**exams** [9] - 23:25, 24:1, 46:21, 47:6, 55:20, 56:12, 56:14, 57:2, 57:4

**except** [1] - 15:18

**excused** [2] - 12:18, 28:18

**Exhibit** [1] - 33:11

**EXHIBIT** [1] - 3:8

**expecting** [1] - 41:13

**expenses** [5] - 70:12, 70:15, 70:16, 70:17, 71:21

**explain** [2] - 5:25, 29:25

**explanation** [3] - 6:1, 55:23, 56:25

**express** [2] - 29:22, 43:3

**expressing** [1] - 29:21

**expression** [1] - 6:11

**extent** [2] - 45:19, 65:4

**extra** [2] - 71:21, 71:23

**extracurricular** [2] - 10:12, 12:22

**extracurriculars** [2] -

11:12, 14:22

## F

**fail** [10] - 9:19, 9:23, 15:18, 17:16, 21:9, 22:3, 32:19, 42:21, 42:24, 50:3

**failed** [19] - 9:24, 11:11, 13:25, 14:7, 15:17, 18:6, 19:12, 19:22, 30:15, 32:9, 32:15, 38:13, 47:23, 51:4, 51:5, 54:19, 56:6, 59:23, 61:14

**failing** [2] - 17:20, 22:16

**fair** [3] - 48:8, 48:14, 59:6

**fall** [18] - 7:2, 9:16, 15:4, 15:6, 15:12, 15:15, 16:1, 16:11, 16:18, 18:7, 19:1, 19:2, 19:24, 20:1, 21:11, 21:14, 37:12, 52:23

**familiar** [7] - 40:14, 42:3, 43:15, 51:18,

62:4, 62:11, 64:14

**familiarize** [1] - 62:2

**father** [1] - 26:3

**fax** [1] - 65:14

**faxed** [1] - 65:16

**Federal** [1] - 4:6

**feedback** [8] - 55:16, 55:19, 56:15, 56:22, 56:25, 57:23, 58:11

**feedbacks** [1] - 55:20

**felt** [5] - 7:20, 24:20, 24:21, 29:23

**few** [3] - 16:19, 19:11, 21:22

**figured** [3] - 17:21, 42:25, 56:9

**filing** [1] - 4:10

**final** [1] - 44:16

**finalized** [1] - 32:17

**finally** [2] - 16:25, 26:19

**financial** [2] - 60:11, 73:13

**findings** [1] - 50:25

**fine** [10] - 50:14, 50:16, 63:12, 63:15, 65:9, 65:19, 66:2, 67:7, 68:6, 68:14

**finger** [1] - 24:22

**finish** [4] - 6:15, 6:17, 14:17, 20:6

**finished** [2] - 37:23, 45:24

**finishing** [1] - 53:19

**first** [32] - 5:2, 7:9, 8:14, 9:14, 10:1, 10:11, 13:23, 16:14, 16:15, 17:4, 22:19, 23:22, 24:4, 28:16, 31:4, 37:1, 37:9, 38:1, 40:17, 41:11, 43:18, 45:11, 50:21, 52:19, 54:21, 56:10, 58:3, 61:10, 70:11, 70:12, 70:16

**FITNESS** [1] - 3:21

**fitness** [9] - 23:23, 24:12, 27:18, 60:22, 63:18, 64:12, 66:12, 66:13, 68:22

**fitness-for-duty** [7] - 23:23, 24:12, 27:18, 60:22, 63:18, 64:12, 68:22

**five** [1] - 7:9
**flights** [1] - 35:11
**focus** [1] - 13:9
**focused** [1] - 10:6
**follow** [4] - 27:22, 34:13, 66:21, 67:4
**follow-up** [2] - 66:21, 67:4
**following** [3] - 46:21, 54:24, 58:2
**follows** [1] - 5:4
**FOR** [3] - 2:9, 2:17, 3:21
**foregoing** [1] - 73:8
**forever** [1] - 71:12
**forgive** [1] - 57:18
**forgiveness** [1] - 11:6
**form** [5] - 4:11, 27:6, 30:10, 32:5, 66:13
**FORM..67** [1] - 3:21
**formal** [1] - 54:15
**formalities** [1] - 4:9
**formally** [1] - 51:7
**format** [1] - 73:11
**forth** [1] - 73:8
**forwarded** [3] - 39:20, 40:2, 41:1
**four** [1] - 60:21
**fourth** [1] - 28:21
**frame** [1] - 63:9
**Frankola** [4] - 5:1, 5:6,

33:18, 73:6
**FRANKOLA** [3] - 1:4, 1:11, 2:9
**free** [1] - 70:14
**frequently** [1] - 62:9
**Friday** [3] - 47:5, 47:6, 48:25
**Fridays** [1] - 46:22
**friend** [1] - 32:11
**FROM** [2] - 3:20, 3:22
**front** [3] - 24:15, 61:11, 61:13
**full** [1] - 60:15
**full-time** [1] - 60:15
**function** [1] - 13:19
**functioned** [1] - 9:5
**functions** [1] - 12:12
**fund** [1] - 10:10
**fund-raised** [1] - 10:10
**future** [2] - 47:22, 56:14

## G

**gathered** [1] - 67:17
**generally** [2] - 45:15, 50:23
**Giovanni** [2] - 19:17, 51:22
**given** [1] - 47:3
**gosh** [2] - 29:18, 32:12
**grade** [14] - 14:20, 16:7, 17:9, 18:25, 19:3,

32:13, 32:16, 42:16, 43:25, 44:17, 47:23, 57:5, 57:7, 60:4
**grades** [2] - 42:22, 60:3
**gradewise** [1] - 18:1
**graduate** [1] - 64:18
**graduating** [1] - 11:3
**granted** [2] - 46:2, 46:9
**granting** [1] - 59:3
**gravely** [2] - 66:25, 67:5
**Great** [1] - 70:22
**great** [3] - 17:5, 24:18, 24:24
**greatest** [1] - 26:10
**gross** [3] - 18:12, 18:14, 18:17
**group** [1] - 10:18
**guarantee** [1] - 23:6
**guaranteed** [1] - 15:22
**guarded** [1] - 29:25
**guess** [15] - 18:5, 24:18, 35:5, 39:10, 39:25, 40:1, 45:20, 47:10, 52:21, 57:24, 58:11, 58:24, 67:2, 67:19, 71:18

**guidelines** [1] - 73:12

## H

**H"(5** [1] - 1:5
**Hail** [1] - 26:22
**half** [1] - 54:2
**handed** [1] - 36:5
**handing** [13] - 39:4, 40:11, 41:25, 43:13, 44:7, 45:4, 48:21, 50:10, 51:17, 54:11, 55:12, 63:17, 68:3
**handle** [1] - 11:25
**handled** [1] - 47:24
**hang** [1] - 68:2
**hard** [3] - 9:7, 16:9, 70:1
**harder** [5] - 6:8, 17:3, 17:7, 17:8, 17:9
**hardest** [3] - 16:11, 16:12, 16:13
**harped** [1] - 7:17
**head** [3] - 6:12, 13:20, 41:2
**health** [3] - 38:10, 60:10, 66:24
**healthy** [3] - 24:10, 61:6, 61:8
**hear** [1] - 56:1
**heard** [4] - 17:19, 24:5, 44:17,

55:2
**Heard** [2] - 55:24, 56:3
**hearsay** [1] - 65:23
**heart** [1] - 22:5
**held** [1] - 37:4
**help** [2] - 5:20, 49:20
**helpful** [1] - 56:23
**hereby** [3] - 4:6, 4:13, 73:6
**herein** [1] - 73:18
**hereinbefore** [1] - 73:8
**hereto** [1] - 4:4
**high** [6] - 9:5, 42:16, 42:20, 42:23, 50:1, 50:2
**higher** [2] - 16:3, 19:3
**highest** [1] - 14:20
**himself** [1] - 45:24
**hindsight** [2] - 11:6, 29:17
**history** [1] - 26:13
**hold** [1] - 59:9
**holding** [2] - 66:10, 68:8
**home** [1] - 35:10
**hope** [1] - 47:14
**hoping** [2] - 15:11, 56:13
**hospital** [2] - 7:8, 62:24
**hospitalization** [1] - 7:4
**hospitalized** [4] - 7:11,

7:13, 8:9, 9:4
**Hurricane** [1] - 16:18
**hurricane** [1] - 17:1
**husband** [1] - 25:9

## I

**idea** [1] - 35:13
**imbalance** [1] - 7:15
**immediately** [2] - 57:23, 58:2
**impaired** [2] - 67:1, 67:5
**impossible** [1] - 42:14
**impression** [1] - 32:2
**improve** [1] - 56:13
**improved** [2] - 17:8, 18:25
**IN** [2] - 1:7, 1:13
**in-state** [1] - 14:16
**income** [3] - 71:8, 71:10
**incompetence** [1] - 15:21
**independent** [1] - 18:10
**independently** [1] - 14:12
**INDEX** [1] - 3:8
**indicates** [1] - 43:20
**indicating** [1] - 60:15
**indicating)** [1] - 6:6
**individual** [1] - 66:21
**information** [1] - 65:5
**informed** [1]

- 73:12
**initial** [1] - 50:25
**instruction** [1] - 18:10
**instructions** [1] - 34:3
**insurance** [1] - 60:10
**intention** [1] - 7:24
**interest** [2] - 71:13, 71:22
**interested** [1] - 73:18
**interpret** [1] - 58:11
**interpretation** [2] - 32:8, 59:13
**interrupt** [1] - 64:5
**interview** [1] - 25:3
**IS** [1] - 4:3
**Isaac** [1] - 16:18
**issue** [3] - 23:10, 23:11, 24:7
**IT** [2] - 4:3, 29:9
**itself** [2] - 19:22, 45:18

## J

**January** [3] - 26:19, 33:19, 50:20
**JENNIFER** [1] - 2:21
**job** [2] - 14:10, 71:8
**John** [1] - 10:24
**join** [2] - 22:24, 38:6
**joining** [1] - 16:9
**JON** [3] - 1:13, 2:4, 2:6

**Joseph** [5] - 13:17, 33:18, 52:19, 53:16, 54:13
**judge** [1] - 29:16
**JUDGE** [2] - 1:6, 1:6
**July** [11] - 36:11, 37:6, 37:11, 37:12, 38:9, 43:23, 44:23, 63:24
**June** [6] - 34:8, 38:8, 41:9, 41:12, 53:17, 58:23
**JUSTICE** [1] - 2:12

## K

**Kathleen** [1] - 13:19
**Kathryn** [3] - 5:1, 33:18, 73:6
**KATHRYN** [3] - 1:4, 1:11, 2:9
**Katie** [1] - 40:20
**keep** [1] - 60:12
**keeping** [2] - 13:3, 27:15
**Keller** [1] - 5:9
**KELLER** [78] - 2:14, 5:5, 12:8, 27:24, 28:24, 30:20, 31:7, 31:19, 31:21, 32:14, 32:25, 33:5, 33:9, 33:13, 33:23,

34:15, 35:1, 35:21, 35:25, 36:4, 37:13, 37:17, 38:24, 39:3, 39:15, 40:4, 40:6, 40:10, 41:20, 41:24, 43:8, 43:12, 44:2, 44:6, 44:24, 45:3, 48:1, 48:16, 48:20, 50:5, 50:9, 51:12, 51:16, 52:7, 52:13, 53:8, 53:12, 54:6, 54:10, 55:7, 55:11, 57:10, 57:14, 58:15, 58:19, 59:11, 59:17, 61:19, 61:23, 63:11, 63:16, 64:4, 64:7, 65:8, 65:10, 65:20, 66:1, 66:3, 66:9, 67:22, 68:1, 69:2, 69:4, 69:11, 69:15, 69:19, 69:24, 72:2

**KELLER..... .........5** [1] - 3:4

**kept** [1] - 26:18

**kicked** [2] - 14:2, 21:9

**kid** [1] - 16:17

**kid's** [1] - 26:3

**kids** [1] - 10:9

**KIM** [1] - 3:20

**Kimberly** [1] - 64:17

**kind** [12] - 11:7, 16:23, 16:25, 19:5, 24:21, 26:22, 27:19, 29:15, 34:11, 45:22, 61:16, 64:14

**knowing** [1] - 63:4

**knowledge** [2] - 42:19, 73:16

**known** [3] - 16:10, 16:12, 46:4

---

**L**

**lab** [3] - 10:5, 10:6

**label** [1] - 33:11

**Lakes** [1] - 70:22

**last** [6] - 14:17, 22:7, 32:20, 37:11, 56:4, 71:12

**late** [1] - 38:15

**Latuda** [1] - 8:24

**Lavigne** [1] - 64:17

**LAVIGNE... ................. 65** [1] - 3:20

**LAW** [2] -

2:4, 2:5

**law** [1] - 4:8

**LAWRENC E.....69** [1] - 3:22

**leaders** [1] - 55:17

**least** [2] - 17:21, 57:1

**leave** [13] - 21:21, 22:9, 22:13, 22:23, 23:1, 27:13, 28:2, 28:22, 59:24, 60:2, 60:18, 61:9, 61:16

**lecture** [3] - 10:25, 28:16, 39:24

**led** [1] - 21:21

**LESLIE** [1] - 3:22

**less** [5] - 10:20, 19:12, 29:24, 32:19, 46:25

**LETTER** [2] - 3:20, 3:22

**letter** [22] - 23:23, 24:11, 24:12, 24:14, 26:8, 26:14, 27:18, 50:13, 51:5, 51:8, 51:9, 55:1, 60:13, 60:14, 62:25, 63:18, 64:8, 64:16, 68:5, 68:7, 68:10,

68:22

**letters** [4] - 26:7, 26:25, 63:1, 64:12

**letting** [2] - 42:16, 54:15

**level** [1] - 9:5

**life** [1] - 61:6

**likely** [1] - 60:17

**line** [2] - 30:3, 65:3

**lined** [2] - 25:5, 25:17

**links** [1] - 52:2

**list** [1] - 36:17

**listened** [1] - 22:7

**literally** [1] - 16:2

**Lithium** [1] - 8:21

**lithium** [3] - 9:6, 9:10, 9:12

**litigant** [1] - 73:17

**LITIGATIO N** [1] - 2:13

**live** [1] - 14:14

**living** [6] - 25:9, 70:12, 70:15, 70:17, 71:21

**LLC** [2] - 1:13, 2:4

**loan** [2] - 70:20, 70:23

**loans** [4] - 70:7, 70:9, 70:18, 70:24

**look** [6] - 18:12, 29:12, 29:19, 37:18, 46:10, 62:16

**looked** [1] - 8:7

**looking** [1] - 62:21

**looks** [4] - 19:9, 37:20, 45:11, 64:14

**Lorusso** [14] - 19:17, 30:16, 32:18, 35:8, 39:11, 39:18, 39:21, 45:23, 46:2, 47:13, 51:22, 55:14, 57:20, 67:19

**LOUISIAN A** [8] - 1:2, 1:7, 1:8, 1:12, 1:14, 2:8, 2:12, 2:16

**Louisiana** [3] - 4:23, 73:5, 73:15

**lower** [1] - 15:23

**LSU** [11] - 5:10, 5:11, 15:18, 26:13, 36:23, 37:1, 52:3, 61:24, 64:18, 70:25, 71:17

**luck** [1] - 54:24

**lyrics** [2] - 49:2, 49:11

---

**M**

**M.D** [1] - 14:17

**MAG** [1] - 1:6

**mail** [45] - 31:2, 31:17,

32:10, 32:23, 33:18, 34:3, 34:24, 35:2, 36:6, 36:7, 37:19, 39:5, 39:20, 39:21, 39:25, 40:2, 40:12, 40:14, 42:6, 43:17, 43:19, 44:11, 44:16, 45:7, 45:15, 45:19, 45:20, 46:11, 46:17, 47:14, 49:3, 50:2, 50:16, 50:21, 51:18, 53:15, 53:16, 53:19, 54:13, 54:22, 55:14, 57:21, 58:22, 62:17

**MAIL** [20] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18

**mailed** [3] - 35:4, 35:6, 35:7

**mails** [10] - 18:18, 19:8, 26:18, 27:1, 27:16, 29:7,

29:10, 30:2, 30:7, 50:12

**major** [1] - 27:13

**mandatory** [1] - 7:17

**manic** [8] - 8:18, 19:5, 19:9, 29:14, 29:16, 29:20, 45:7, 45:9

**manner** [1] - 66:23

**March** [2] - 38:2, 42:9

**married** [1] - 25:8

**marrow** [2] - 49:12, 49:14

**Mary** [1] - 26:22

**mass** [1] - 53:18

**material** [3] - 43:2, 47:19, 49:22

**matter** [2] - 73:17, 73:19

**MAY** [1] - 1:15

**McDonoug h** [1] - 13:19

**MD/PhD** [10] - 10:1, 10:23, 11:3, 13:19, 13:20, 14:1, 14:2, 14:6, 28:17, 70:13

**mean** [10] - 25:7, 28:14, 30:23, 33:8, 42:13, 44:13, 45:18, 47:2, 48:13, 62:6

**means** [2] - 21:8, 32:17

**med** [9] - 6:25, 10:2, 14:4, 16:11, 16:13, 21:2, 25:13, 36:15, 36:25

**Medical** [3] - 5:11, 40:22, 61:24

**medical** [23] - 14:4, 14:7, 21:21, 22:8, 22:13, 22:23, 23:1, 23:10, 24:7, 27:2, 27:12, 28:1, 28:22, 59:24, 60:2, 60:16, 61:9, 61:16, 63:24, 64:21, 65:17, 66:12, 70:12

**MEDICAL** [1] - 3:21

**medication** [1] - 9:2

**medicine** [2] - 25:1, 53:17

**Medicine** [5] - 41:3, 52:2, 64:19, 71:1, 71:17

**MEDICINE** [1] - 1:7

**medicines** [1] - 8:23

**meet** [6] - 24:4, 35:12, 54:21,

54:23, 55:4, 60:21
**meeting** [4] - 24:5, 27:17, 60:17, 69:9
**meetings** [1] - 25:14
**member** [1] - 36:20
**memory** [1] - 9:9
**mentally** [1] - 10:9
**mention** [3] - 23:5, 45:21, 46:3
**mentioned** [2] - 5:3, 47:9
**message** [1] - 25:24
**met** [1] - 23:13
**method** [2] - 41:5, 73:9
**Michael** [3] - 5:9, 31:13, 65:6
**MICHAEL** [1] - 2:14
**Michelle** [2] - 73:5, 73:24
**MICHELLE** [2] - 1:24, 4:21
**mid** [3] - 9:13, 24:13, 24:14
**might** [4] - 30:15, 32:9, 56:20, 64:14
**MILAZZO** [1] - 1:6
**mind** [2] - 7:21, 31:25
**mind-set** [1] - 7:21
**mini** [1] - 38:21
**MIP** [1] - 54:21

**mischaracterization** [2] - 12:4, 28:9
**miss** [5] - 12:12, 12:15, 54:1, 56:11
**missed** [12] - 7:9, 13:1, 21:22, 22:1, 55:21, 56:10, 56:23, 57:6, 57:8, 57:9, 58:4, 58:10
**missing** [1] - 11:8
**mistake** [1] - 6:9
**momentum** [3] - 16:14, 16:15, 16:25
**Monday** [8] - 8:3, 43:23, 44:23, 46:21, 47:5, 47:8, 52:18, 53:17
**money** [1] - 71:21
**monthly** [2] - 71:11, 71:14
**months** [3] - 9:11, 34:5
**morning** [3] - 5:6, 7:22, 44:14
**most** [1] - 60:17
**mother** [1] - 61:7
**move** [3] - 26:23, 41:15, 47:7
**MR** [128] - 3:4, 3:5, 5:5, 12:2, 12:8, 27:5, 27:24, 28:8, 28:24, 30:9,

30:20, 31:3, 31:7, 31:12, 31:16, 31:19, 31:21, 32:4, 32:14, 32:22, 32:25, 33:2, 33:5, 33:7, 33:9, 33:13, 33:15, 33:23, 34:15, 34:18, 34:22, 35:1, 35:21, 35:23, 35:25, 36:2, 36:4, 37:13, 37:15, 37:17, 38:24, 39:1, 39:3, 39:12, 39:15, 40:4, 40:6, 40:8, 40:10, 41:20, 41:22, 41:24, 43:8, 43:10, 43:12, 44:2, 44:4, 44:6, 44:24, 45:1, 45:3, 46:13, 48:1, 48:16, 48:18, 48:20, 50:5, 50:7, 50:9, 51:12, 51:14, 51:16, 52:7, 52:10, 52:13, 53:8, 53:10, 53:12, 54:6, 54:8, 54:10,

55:7, 55:9, 55:11, 57:10, 57:12, 57:14, 58:15, 58:17, 58:19, 59:8, 59:11, 59:14, 59:17, 61:19, 61:21, 61:23, 63:6, 63:11, 63:14, 63:16, 63:25, 64:4, 64:7, 65:2, 65:8, 65:10, 65:20, 65:22, 66:1, 66:3, 66:6, 66:9, 67:22, 67:24, 68:1, 68:23, 69:2, 69:4, 69:11, 69:13, 69:15, 69:19, 69:24, 70:4, 70:6, 71:25, 72:2
**multiple** [1] - 62:25

**N**

**name** [1] - 5:9
**named** [1] - 66:20
**National** [1] - 40:21
**nauseated** [1] - 21:23
**necessary** [1] - 6:1
**need** [10] - 6:3, 11:25, 22:22, 25:12, 27:4, 60:5, 60:9,

60:14, 60:20, 67:3
**needed** [5] - 8:9, 12:11, 15:9, 29:21, 62:11
**needs** [2] - 62:10, 66:21
**Nelson** [3] - 26:14, 26:15, 54:17
**never** [7] - 7:18, 8:4, 17:19, 18:13, 26:12, 26:24, 65:17
**NEW** [5] - 1:8, 1:12, 1:14, 2:8, 2:16
**new** [3] - 7:23, 16:10, 16:17
**next** [9] - 6:19, 14:15, 22:15, 24:2, 34:4, 39:16, 53:20, 54:22, 55:4
**nine** [1] - 9:11
**NO** [1] - 1:5
**NORTH** [1] - 1:6
**note** [3] - 22:22, 23:3, 24:9
**noteworthy** [1] - 51:3
**nothing** [3] - 35:12, 58:13, 72:1
**notice** [1] - 47:1
**November** [5] - 24:4, 24:16, 29:1, 60:17,

69:7

**O**

**oath** [2] - 4:24, 73:7
**object** [2] - 63:7, 65:3
**objection** [44] - 12:3, 12:6, 12:9, 27:6, 28:9, 30:10, 32:5, 36:1, 37:14, 38:25, 40:7, 40:9, 41:21, 41:23, 43:9, 43:11, 44:3, 44:5, 44:25, 45:2, 48:17, 48:19, 50:8, 51:13, 51:15, 52:11, 53:9, 53:11, 54:7, 54:9, 55:10, 57:11, 57:13, 58:16, 58:18, 61:20, 61:22, 63:13, 65:21, 65:24, 67:23, 67:25, 69:12, 69:14
**objections** [1] - 4:11
**October** [5] - 24:13, 24:14, 39:19, 40:3, 60:12
**OF** [7] - 1:2, 1:7, 1:11, 1:13, 1:15, 2:4, 2:12
**offer** [1] - 56:24

**office** [2] - 60:10, 60:11
**OFFICE** [1] - 2:4
**officer** [1] - 73:6
**OFFICES** [1] - 1:13
**officiated** [1] - 4:23
**ON** [2] - 1:15, 3:19
**once** [4] - 15:23, 19:22, 44:16, 60:16
**one** [24] - 11:6, 13:25, 14:7, 30:14, 33:6, 36:14, 38:1, 38:5, 39:24, 40:17, 40:18, 42:12, 42:23, 42:24, 45:11, 48:9, 49:16, 52:19, 56:3, 57:16, 64:14, 68:12, 70:5, 70:11
**ones** [2] - 41:4, 57:17
**ongoing** [1] - 27:19
**operate** [1] - 7:21
**ophthalmology** [1] - 38:21
**opinion** [1] - 66:20
**opinions** [1] - 73:16
**opportunity** [4] - 56:19, 57:22,

57:23, 58:5
**option** [2] - 46:23, 52:2
**options** [1] - 51:25
**order** [2] - 66:22, 66:25
**organs** [4] - 18:12, 18:14, 18:17, 18:22
**orientation** [5] - 7:6, 7:7, 7:8, 7:18, 13:2
**original** [2] - 73:3, 73:4
**originally** [1] - 46:22
**ORLEANS** [5] - 1:8, 1:12, 1:14, 2:8, 2:16
**Orleans** [1] - 4:22
**otherwise** [3] - 67:4, 73:13, 73:18
**out-of-state** [1] - 14:3
**outcome** [2] - 60:8, 73:18
**outlined** [2] - 34:3, 34:11
**overlapping** [1] - 43:1
**owed** [1] - 71:3
**own** [3] - 21:25, 48:13

**P**

**p.m** [2] - 40:18, 55:6
**P1** [1] - 3:9
**P10** [2] - 3:13, 44:25
**P11** [1] - 48:17

p11 [1] - 3:14
P12 [1] - 3:14
P13 [2] - 3:15, 51:13
P14 [2] - 3:15, 52:9
P15 [2] - 3:16, 53:9
P16 [2] - 3:16, 54:7
P17 [2] - 3:17, 55:8
P18 [2] - 3:17, 57:11
P19 [2] - 3:18, 58:16
P2 [1] - 3:9
P20 [2] - 3:18, 61:20
P21 [2] - 3:19, 63:13
p22 [1] - 65:21
P22 [1] - 3:20
P22A [2] - 3:21, 67:23
P23 [3] - 3:22, 69:1, 69:12
P3 [1] - 3:10
P4 [1] - 3:10
P5 [2] - 3:11, 38:25
P6 [2] - 3:11, 40:7
P7 [2] - 3:12, 41:21
P8 [2] - 3:12, 43:9
P9 [2] - 3:13, 44:3
page [1] - 73:4
PAGE [1] - 3:3
pages [1] - 73:8
paid [1] - 71:16
paragraph [1] - 56:17

Parish [1] - 4:22
part [6] - 4:14, 9:25, 12:23, 49:14, 58:24, 59:2
participate [2] - 36:22, 38:11
participated [1] - 52:21
particular [1] - 27:4
particulars [1] - 37:20
parties [2] - 4:4, 73:18
party [1] - 73:17
pass [24] - 10:3, 11:10, 11:20, 15:16, 15:22, 15:24, 16:1, 16:5, 17:10, 17:17, 18:8, 18:23, 20:11, 41:13, 42:20, 42:23, 42:24, 50:1, 50:2, 50:3
passed [12] - 14:18, 16:4, 16:6, 18:2, 19:3, 20:2, 21:15, 22:7, 22:21, 32:10, 32:12, 43:20
passes [1] - 15:18
passing [3] - 18:25, 30:18, 32:18
Path [6] - 34:11,

35:12, 38:13, 38:14, 53:25, 56:6
pathology [23] - 15:17, 15:19, 18:6, 18:13, 19:18, 19:24, 20:12, 21:4, 34:9, 35:8, 41:14, 42:17, 42:18, 42:20, 42:21, 43:20, 47:15, 49:13, 49:16, 49:23, 51:5, 51:24, 56:21
patience [2] - 69:20, 69:21
patient [1] - 63:21
pay [2] - 41:14, 70:14
paying [1] - 71:6
payment [1] - 71:9
pending [1] - 46:25
people [4] - 10:17, 55:15, 55:25, 56:1
percent [1] - 17:20
perception [1] - 24:19
performance [3] - 51:2, 54:18, 56:14
performing [1] - 31:1
period [1] -

9:1
periods [1] - 9:3
permission [1] - 11:7
person [2] - 60:11, 73:13
personal [1] - 73:10
personnel [1] - 27:2
PhD [1] - 13:24
phenomenal [1] - 17:4
photographers [1] - 36:19
physical [1] - 10:9
physically [1] - 20:24
physician [1] - 66:18
physicians [1] - 8:8
physiological [1] - 7:15
physiology [4] - 9:24, 11:11, 13:20, 14:19
pick [1] - 6:5
Pierson [1] - 40:20
Plaintiff [1] - 33:12
plaintiff's [2] - 35:22, 37:14
Plaintiff's [1] - 34:17
plus [2] - 28:21, 70:17
point [6] - 16:3, 19:3, 19:12, 23:19, 32:20, 49:24
Point [1] - 16:22
points [1] - 15:23
POLICY [1] - 3:19

pose [1] - 66:23
possession [1] - 64:20
possibility [2] - 47:14, 55:3
possible [2] - 26:2, 60:8
post [1] - 60:1
posted [2] - 55:25, 60:3
posting [1] - 63:9
Power [1] - 16:21
POYDRAS [1] - 2:15
Practice [2] - 41:3, 53:19
practice [3] - 53:23, 54:3, 63:21
practicing [1] - 64:17
precedent [1] - 59:3
Preclinical [2] - 50:25, 54:16
pregnancy [3] - 21:23, 22:11, 29:6
pregnant [4] - 21:17, 22:10, 29:1, 29:5
prep [1] - 58:25
prepared [3] - 25:19, 73:9, 73:11
prepped [1] - 5:16
prescribed [1] - 8:21
PRESENT [1] - 2:20
present [1] - 63:21
pretty [1] - 17:9

preventing [1] - 12:21
previous [3] - 29:4, 36:21, 59:4
printed [1] - 56:24
printout [1] - 55:19
printouts [2] - 56:4, 56:9
prints [1] - 55:21
privileged [1] - 65:5
probation [6] - 20:4, 20:13, 21:8, 21:12, 22:4, 22:18
problems [1] - 13:3
Procedure [2] - 4:7, 73:15
process [3] - 26:11, 44:20, 71:5
produce [1] - 23:3
produced [1] - 23:22
product [1] - 70:10
professor [11] - 13:12, 13:21, 13:22, 15:19, 15:20, 18:11, 18:17, 18:21, 19:18, 47:24, 62:15
professors [2] - 49:16, 55:18
profile [1] - 62:16
Program [11] - 10:1, 10:23,

13:20, 13:24, 14:1, 14:2, 14:6, 14:18, 22:24, 60:20, 70:13
prohibited [1] - 73:16
prohibition [1] - 73:14
Promotions [15] - 20:15, 20:21, 20:23, 20:24, 23:7, 24:3, 24:5, 24:8, 24:15, 25:25, 51:1, 54:16, 61:11, 61:13, 69:10
properly [1] - 47:3
provide [1] - 18:15
provided [1] - 62:25
provider [1] - 70:21
psychiatrist [3] - 45:8, 63:19, 64:18
psychiatrists [2] - 19:8, 64:13
pull [1] - 10:20
purely [1] - 23:10
purpose [1] - 5:16
purposes [1] - 4:7
put [14] - 10:10, 11:14, 11:20, 12:11, 18:11, 18:13, 18:22, 20:4,

20:12, 24:22, 26:13, 27:11, 53:5, 56:2

## Q

questioning [1] - 65:4
questions [16] - 5:23, 6:21, 17:9, 24:25, 51:10, 55:21, 56:10, 56:23, 57:1, 57:6, 57:8, 57:9, 58:4, 58:5, 61:4, 70:5
quotes [1] - 56:2

## R

R.S [1] - 73:7
radiology [1] - 38:21
raised [1] - 10:10
rap [1] - 49:11
reached [1] - 69:16
read [4] - 29:18, 31:24, 60:24, 62:22
reading [2] - 4:9, 37:23
readmission [1] - 60:13
Readmissions [2] - 60:6, 61:1
readmitted [4] - 15:11, 20:18, 23:2, 23:20
ready [2] - 22:2, 22:5
realize [1] - 56:20
really [15] - 7:23, 8:10,

9:7, 11:19, 12:24, 16:8, 16:24, 18:22, 30:18, 34:6, 38:22, 42:16, 49:17, 49:25, 56:8

**reappear** [1] - 60:25

**reapply** [1] - 14:14

**reason** [4] - 9:25, 12:23, 13:9, 25:19

**received** [2] - 64:2, 68:17

**receiving** [2] - 31:2, 59:15

**recess** [1] - 52:12

**recollection** [1] - 9:9

**recommended** [1] - 23:7

**record** [8] - 6:9, 33:17, 34:25, 38:10, 63:7, 64:1, 65:7, 70:3

**records** [2] - 64:21, 65:17

**redo** [1] - 60:6

**reentering** [1] - 36:15

**refer** [1] - 34:23

**reference** [1] - 38:5

**references** [1] - 28:5

**referral** [1] - 60:19

**referring** [1] - 68:24

**reflection** [2] - 47:24, 49:21

**refund** [2] - 41:5, 41:16

**regarding** [1] - 54:17

**register** [4] - 38:7, 38:19, 58:24, 59:2

**registered** [2] - 41:8, 41:11

**registration** [4] - 38:9, 40:21, 41:15, 41:16

**regular** [2] - 13:11, 53:21

**regularly** [1] - 63:23

**rehab** [1] - 18:19

**rejoining** [1] - 36:17

**related** [3] - 10:12, 10:23, 73:17

**relationship** [2] - 29:23, 73:17

**relationships** [1] - 73:15

**relayed** [1] - 25:24

**release** [1] - 66:12

**RELEASE** [1] - 3:21

**relevancy** [1] - 63:8

**relevant** [1] - 42:18

**relieved** [4] - 10:15, 11:13, 13:15, 32:11

**remain** [3] - 66:21, 67:3, 67:6

**remediating** [1] - 38:13

**remediatio**

**n** [3] - 34:9, 51:25, 54:18

**remember** [21] - 9:7, 29:10, 31:2, 31:6, 33:14, 33:21, 34:21, 37:10, 39:6, 44:9, 45:6, 48:23, 50:12, 50:13, 50:15, 52:16, 53:4, 58:9, 59:15, 59:19, 64:10

**remembered** [1] - 11:1

**remind** [1] - 53:22

**reminded** [1] - 11:1

**reminding** [1] - 51:23

**repeat** [12] - 14:11, 18:6, 19:23, 21:3, 21:4, 21:7, 41:10, 47:15, 47:16, 51:6, 54:19, 59:22

**repeating** [2] - 59:5, 59:25

**rephrase** [1] - 31:20

**REPORTED** [1] - 1:23

**reported** [1] - 73:9

**Reporter** [3] - 4:22, 73:5, 73:24

**REPORTER** [1] - 1:25

**reporter** [2] - 5:3, 6:4

**REPORTE**

**R'S** [1] - 73:1

**reporting** [1] - 73:9

**representative** [1] - 52:25

**representing** [1] - 5:10

**request** [3] - 11:15, 12:12, 27:11

**requesting** [1] - 60:13

**required** [2] - 73:4, 73:12

**reregister** [1] - 34:10

**reserve** [1] - 65:23

**reserved** [2] - 4:13, 36:19

**resident** [1] - 14:16

**resources** [2] - 16:22, 60:9

**respond** [2] - 50:22

**responded** [4] - 40:23, 40:24, 40:25

**responding** [1] - 18:18

**responds** [1] - 50:22

**response** [4] - 27:19, 43:21, 46:12, 53:16

**responsibilities** [2] - 66:23, 67:8

**responsiveness** [1] - 4:12

**rest** [4] - 8:1, 16:14, 48:11, 71:20

**restroom** [1] - 52:6

**result** [1] -

70:25

**resume** [2] - 66:22, 67:7

**retake** [3] - 19:11, 30:17, 46:17

**retook** [1] - 19:20

**return** [4] - 28:2, 60:15, 60:21, 68:22

**returned** [1] - 7:10

**returning** [1] - 63:22

**review** [8] - 31:4, 33:16, 51:1, 51:2, 57:5, 57:7, 57:23, 58:5

**rewrote** [1] - 49:11

**risk** [2] - 22:16, 66:24

**roll** [2] - 39:22, 64:6

**rolls** [1] - 39:23

**roommate** [1] - 7:22

**rotations** [1] - 54:1

**rounded** [1] - 16:3

**rules** [3] - 13:25, 73:12, 73:15

**Rules** [1] - 4:6

**Rumor** [2] - 55:24, 56:3

**rumor** [1] - 17:17

**rumors** [2] - 18:19, 55:25

**run** [1] - 10:10

**S**

**safety** [1] - 66:24

**sat** [1] - 16:9

**Saturday** [3] - 23:16, 36:23, 37:5

**save** [1] - 4:11

**scare** [1] - 44:13

**schedule** [3] - 25:12, 25:14, 35:10

**scheduled** [5] - 23:19, 46:23, 47:1, 53:24, 63:23

**School** [6] - 5:11, 52:1, 61:25, 64:19, 70:25, 71:17

**school** [38] - 6:25, 7:4, 7:10, 7:16, 7:22, 10:3, 13:1, 14:4, 14:7, 16:11, 16:13, 18:4, 20:12, 21:3, 21:22, 21:24, 25:14, 25:20, 26:11, 26:15, 26:16, 27:2, 28:2, 29:10, 36:16, 37:9, 55:2, 59:21, 60:16, 60:22, 61:2, 63:2, 66:22, 67:7, 67:8, 68:22, 70:13

**SCHOOL** [1] - 1:7

**schools** [1] - 36:25

**Science** [2] - 41:2, 50:25

**Sciences** [1] - 54:16

**score** [1] - 19:2

**Scott** [1] - 27:17

**seal** [1] - 73:4

**search** [2] - 62:12, 62:16

**second** [22] - 10:4, 14:19, 14:20, 19:22, 19:23, 21:3, 31:13, 36:25, 37:3, 37:9, 37:10, 41:3, 47:15, 47:17, 54:20, 58:3, 59:1, 60:7, 63:24, 70:17

**second-year** [1] - 63:24

**section** [2] - 55:23, 62:20

**see** [19] - 15:24, 18:13, 24:9, 34:2, 35:13, 45:20, 46:10, 46:16, 46:18, 56:9, 56:12, 57:1, 57:5, 57:7, 57:9, 58:9, 61:8, 68:5, 68:18

**seeing** [2] - 25:1, 63:19

**seem** [1] - 25:19

**sees** [1] - 63:21

**semester** [24] - 9:16, 9:19, 9:21, 9:23, 10:1, 10:4, 16:1, 16:8, 16:11, 16:13, 17:13, 17:15, 18:1, 20:1, 20:2, 21:14, 22:19, 23:24, 24:3, 35:15, 37:9, 37:10, 37:12, 60:7

**semesters** [1] - 37:7

**seminars** [1] - 10:5

**send** [3] - 34:1, 45:19, 60:12

**sending** [3] - 29:10, 33:14, 33:22

**sent** [10] - 29:7, 35:2, 38:1, 39:21, 39:24, 44:15, 45:8, 49:15, 49:18, 64:10

**sentence** [1] - 39:10

**separated** [1] - 25:8

**September** [5] - 9:13, 40:18, 52:18, 52:20, 57:21

**series** [1] - 5:23

**server** [1] -

Michelle Vidrine-Corona, CCR

813 North Bengal Road, Metairie, Louisiana 70003

(504) 400-9321      micorona@cox.net

29:8
service [3] - 10:7, 18:15, 53:5
services [1] - 73:14
set [6] - 7:21, 23:20, 53:25, 59:3, 60:16, 73:8
several [2] - 8:23, 18:16
short [2] - 52:12, 53:14
show [1] - 57:15
showed [3] - 19:8, 64:10, 65:15
showing [4] - 52:14, 58:20, 62:19, 66:4
sick [5] - 30:18, 30:23, 30:25
signature [1] - 73:3
signed [4] - 41:17, 66:19, 67:10, 71:8
signing [1] - 4:9
simply [1] - 35:11
sit [3] - 14:13, 15:5, 15:8
site [8] - 55:24, 61:25, 62:3, 62:7, 62:13, 62:20, 63:10
situation [1] - 34:6
situations [1] - 11:7

skip [1] - 11:5
slash [1] - 66:13
smaller [1] - 70:22
social [3] - 11:2, 28:17
software [1] - 58:3
someone [1] - 13:5
sometime [1] - 54:23
sometimes [3] - 55:20, 62:14, 70:1
somewhat [1] - 62:4
son [3] - 25:13, 29:3, 61:6
song [1] - 49:11
sorry [10] - 20:7, 20:9, 20:21, 35:6, 37:23, 39:13, 49:3, 70:1
sort [2] - 30:3, 31:8
sought [1] - 4:15
speaks [1] - 45:18
specific [1] - 27:3
specifically [2] - 4:10, 30:7
spite [1] - 62:10
spring [10] - 9:21, 17:23, 18:3, 21:19, 21:20, 24:3, 35:14, 35:17, 35:19, 71:24
staff [2] - 19:8, 35:13

standing [2] - 22:17, 22:20
start [10] - 6:14, 6:16, 8:1, 12:9, 15:3, 15:6, 15:12, 17:3, 38:22, 54:1
started [6] - 6:22, 7:4, 19:24, 38:2, 38:16, 47:18
starting [3] - 17:5, 19:5, 38:15
starts [1] - 37:10
State [2] - 4:22, 73:5
state [4] - 7:15, 14:3, 14:16, 29:14
STATE [1] - 1:7
STATES [1] - 1:1
status [1] - 15:3
statute [1] - 73:12
stay [1] - 23:2
stayed [1] - 17:10
staying [1] - 52:3
stenotype [1] - 73:9
Step [12] - 34:7, 34:10, 38:14, 38:16, 41:8, 41:12, 47:20, 47:21, 53:20, 53:21, 53:24, 58:25
steps [1] - 53:20
Steve [1] -

26:15
still [7] - 22:18, 25:8, 35:11, 38:18, 54:3, 59:25, 70:14
STIPULATED [1] - 4:3
stop [1] - 9:12
stopped [1] - 9:10
stopping [1] - 22:14
STREET [3] - 1:14, 2:7, 2:15
strictly [1] - 43:24
STUDENT [1] - 3:19
student [20] - 8:5, 13:7, 13:11, 14:3, 39:22, 39:23, 45:21, 46:3, 46:8, 48:9, 48:11, 48:12, 55:17, 56:18, 63:24, 70:7, 70:9, 70:20, 70:24
students [11] - 7:25, 11:3, 11:8, 13:18, 18:16, 19:7, 19:16, 49:18, 55:17, 59:6, 62:8
studied [2] - 17:7, 49:24
studies [3] - 12:21, 13:4, 13:10
study [11] - 9:8, 11:5,

11:10, 11:21, 12:1, 16:21, 18:11, 21:25, 45:25, 49:20, 53:20
studying [2] - 11:19, 17:6
stuff [1] - 12:22
subject [2] - 12:6, 63:13
subjects [1] - 43:2
submit [2] - 57:2, 57:4
successful [2] - 26:13, 26:24
SUITE [1] - 2:15
summary [1] - 47:25
summer [17] - 14:12, 18:4, 18:5, 18:20, 19:4, 20:11, 35:8, 35:10, 38:14, 41:13, 47:25, 51:7, 51:25, 52:3, 52:4, 54:18, 70:19
supervision [1] - 73:10
Supervisors [1] - 5:10
supposed [3] - 34:4, 34:8, 59:4
surprised [1] - 26:21
sworn [2] - 5:2, 73:7
symptoms [3] - 7:12, 22:12, 30:24

**T**

TAKEN [1] - 1:12
taught [3] - 18:22, 42:17, 42:25
TCHOUPITOULAS [2] - 1:14, 2:7
teacher [1] - 13:12
technically [3] - 20:18, 20:22, 46:23
terms [1] - 27:15
test [13] - 11:4, 11:10, 19:6, 19:7, 19:11, 22:3, 22:6, 30:16, 32:9, 46:1, 46:17, 47:7, 47:11
testified [1] - 28:10
testify [3] - 5:3, 28:12, 73:8
testimony [5] - 12:4, 27:25, 28:10, 73:6, 73:8
tests [2] - 17:2, 17:8
texts [1] - 27:1
THE [17] - 1:13, 1:15, 3:19, 27:9, 28:13, 30:13, 31:5, 31:14, 32:7, 33:20, 34:20, 39:17, 46:15, 52:5, 64:25, 69:17, 69:22
thereof [1] -

4:14
thinking [1] - 22:5
third [3] - 38:7, 38:19, 56:8
third-year [1] - 38:19
thread [1] - 38:2
three [6] - 7:7, 7:9, 14:17, 20:1, 28:20, 45:25
threw [1] - 12:10
throughout [2] - 13:2, 27:1
THURSDAY [1] - 1:15
Thursday [2] - 35:20, 58:23
Tiger [6] - 10:8, 10:16, 13:17, 28:16, 52:21, 53:4
tired [1] - 21:24
together [1] - 68:4
took [13] - 8:21, 8:22, 8:25, 14:20, 19:24, 27:12, 27:23, 28:1, 29:9, 30:19, 52:22, 70:18, 71:22
topics [1] - 62:13
total [1] - 71:15
touch [2] - 60:12, 62:15
transcribed [1] - 73:9
transcript

[4] - 73:3, 73:10, 73:11, 73:11
transfer [1] - 50:2
travel [1] - 46:25
treat [1] - 8:19
treating [1] - 66:18
treatment [4] - 63:3, 66:22, 67:4, 67:6
tried [4] - 8:22, 14:6, 21:25, 23:20
trip [1] - 47:8
trips [1] - 35:10
trouble [4] - 11:23, 22:13, 61:12, 61:17
true [3] - 56:1, 56:2, 73:10
truth [1] - 25:2
try [5] - 10:5, 13:5, 24:2, 55:3, 62:10
trying [5] - 7:16, 46:10, 46:16, 49:6, 61:15
Tuesday [6] - 8:3, 39:19, 40:3, 40:18, 50:20, 54:14
tuition [6] - 70:11, 70:14, 70:16, 70:25, 71:16, 71:20
TULANE [1] - 1:11

twice [1] - 56:6

two [11] - 7:7, 19:25, 28:21, 38:20, 45:25, 51:25, 57:3, 57:4, 68:3, 70:5, 70:17

type [1] - 31:22

**U**

uncomfortable [1] - 24:20

UNDER [1] - 3:19

under [3] - 4:6, 33:11, 73:9

understood [1] - 49:22

UNITED [1] - 1:1

University [3] - 14:13, 14:23, 52:1

UNIVERSITY [1] - 1:7

unless [2] - 11:20, 51:3

up [19] - 6:5, 11:8, 11:9, 13:3, 15:13, 16:3, 18:22, 19:6, 20:3, 22:9, 24:1, 25:5, 25:17, 27:15, 41:17, 42:24, 66:21, 67:4, 71:8

update [2] - 35:17, 35:19

updated [1] - 62:9

upset [1] - 11:9

users [1] -

62:8

**V**

valid [1] - 73:3

various [2] - 29:10, 62:13

venting [1] - 40:1

verbal [4] - 6:11, 11:15, 29:25, 47:12

verbally [1] - 12:5

verbiage [1] - 29:19

verifying [1] - 63:1

Vermont [4] - 14:12, 14:13, 14:24, 70:19

VERSUS [1] - 1:5

Vidrine [2] - 73:5, 73:24

VIDRINE [2] - 1:24, 4:21

Vidrine-Corona [2] - 73:5, 73:24

VIDRINE-CORONA [2] - 1:24, 4:21

Views [1] - 42:2

Virginia [1] - 52:1

vision [1] - 9:6

volunteer [2] - 7:17, 10:12

volunteering [1] - 53:6

vomiting [1] - 21:24

vote [1] - 21:5

voting [1] - 14:9

voucher [1] - 54:2

vouchers [1] - 54:4

**W**

wait [2] - 31:13, 46:14

waived [1] - 4:10

wants [4] - 32:18, 37:1, 49:7, 54:20

watch [3] - 25:13, 26:4

Web [8] - 55:24, 61:25, 62:3, 62:7, 62:12, 62:20, 63:10

Wednesday [7] - 8:2, 36:11, 38:2, 42:9, 51:22, 55:6, 57:21

week [6] - 10:8, 37:9, 37:11, 46:24, 54:22, 55:4

week-long [1] - 10:8

weeks [2] - 45:25, 60:21

weight [1] - 10:20

West [1] - 52:1

white [5] - 36:18, 36:22, 36:24, 37:2

white-coat [3] - 36:18, 36:22, 36:24

whole [9] - 21:7, 22:19, 26:15,

26:16, 27:1, 36:21, 39:21, 56:20, 56:22

WITH [1] - 3:19

withdrawal [1] - 60:4

witness [2] - 4:5, 4:24

WITNESS [14] - 27:9, 28:13, 30:13, 31:5, 31:14, 32:7, 33:20, 34:20, 39:17, 46:15, 52:5, 64:25, 69:17, 69:22

word [1] - 26:18

works [1] - 55:6

worried [1] - 34:7

write [10] - 11:22, 26:7, 29:13, 36:12, 39:7, 39:9, 53:21, 58:8, 68:16, 68:21

writes [1] - 43:18

writing [8] - 11:14, 12:11, 17:13, 26:14, 26:18, 27:11, 62:23, 64:16

wrote [6] - 26:8, 36:7, 37:19, 38:3, 39:10, 39:18

**Y**

year [57] - 7:1, 9:14, 10:11, 13:1, 13:2, 13:23, 14:13, 14:16, 14:17, 15:5, 15:7, 16:4, 16:9, 16:14, 16:16, 17:7, 17:18, 19:23, 21:3, 21:7, 22:7, 22:15, 22:19, 24:2, 28:16, 36:16, 36:21, 36:25, 37:1, 37:3, 38:8, 38:19, 41:3, 41:11, 41:18, 47:16, 47:17, 52:22, 53:1, 54:4, 54:20, 55:4, 56:4, 59:1, 59:4, 59:5, 59:22, 59:25, 60:7, 61:5, 63:24, 70:12, 70:16, 71:18, 71:19

years [4] - 14:17, 28:21, 70:17, 71:16

yesterday [1] - 10:24

yourself [1] - 62:2

**Z**

zero [2] -

71:11, 71:14

Michelle Vidrine-Corona, CCR

813 North Bengal Road, Metairie, Louisiana 70003

(504) 400-9321    micorona@cox.net