

**Health Sciences Center**

NEW ORLEANS

School of Medicine
Department of Student Affairs and Records

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

August 13, 2013

Kathryn Frankola
LSU School of Medicine
2020 Gravier Street
New Orleans, LA 70112

Dear Kate:

Unfortunately, in an email dated August 1, 2013, Dr. Giovanni Lorusso reported that you failed your summer radiation course in pathology. Under Section II, C.3 of the Promotions Guidelines for the School of Medicine, *"Students who fail a reexamination or a repeated course/clerkship/elective will be considered for dismissal."* However, after a thorough review of your entire academic record the Pre-Clinical Sciences Promotions Committee felt that it was in your best interest to recommend to the Dean of the School of Medicine, Dr. Steve Nelson, that you repeat the entire second year on **academic probation**. Dr. Nelson concurred with their recommendation.

Please be advised that while you are on **academic probation** a single fail in any course results in automatic dismissal. Kate, your progress through medical school has been a challenge for you every step of the way. But, I have great faith in you and I know that you will be successful in repeating the second year and that you will shine in your clerkship years. Should you have any further questions or need clarification of any aspect of this letter or your academic standing, please contact me. Should you have any further questions or need clarification of any aspect of this letter or your academic standing, please contact me.

Sincerely,

Joseph B. Delcarpio, PhD
Associate Dean, Student Affairs & Records

EXHIBIT

13