## Delcarpio, Joseph

| | |
|---|---|
| **From:** | Delcarpio, Joseph |
| **Sent:** | Thursday, June 05, 2014 12:43 PM |
| **To:** | 'Kate Welsh' |
| **Subject:** | RE: Email Address |

CONFIDENTIAL

| | |
|---|---|
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Kate,

Unfortunately, because you have not completed the second year, you cannot register as part time. As I indicated yesterday, the committee did not want to set a precedent by granting you credit for courses in a previous year while you were supposed to be repeating that year in its entirety. They were very clear that to do so would not be fair to all other students who are required to repeat the whole year even though they failed only one or two courses. The committee continues to have very strong concerns about your ability to complete the medical school program. Your grades are very poor, with three fails (not counting the fail in the remediation course last summer), a single honors in a minor course (psychiatry 200), and the rest all Ps. Furthermore, your overall health continues to be one of the committees concerns.

Based on the recommendations of the Pre-clinical Sciences Promotions meeting of June 3, 2014, I will post you as being on medical leave effective April 15, 2014 This date was determined based on information given to me by the Office of Campus Assistance. I have a letter from them indicating that you were on medical leave at that time. This will allow your grades to be posted as "W" grades. Also, you will need to appear before the Readmissions before you will be allowed to redo the second semester of the 2nd year, tentatively scheduled for you to start in January 2015.

The committee believe that this is the best possible outcome for you. It is unfortunate that you will have to find other resources for your health insurance for the fall, but it will provide you more time to adjust to your new life as a wife and mother.

You should contact the Office of Financial Aid and Mr. Gorman, the director, for advice regarding your loans. I know you have been in contact with Ms. Osborne in the Office of the Bursar and you should also contact her to discuss your financial responsibilities.

Please keep in touch and in early October send me a letter requesting Readmission. I will also need a letter from your doctor indicating that you are cleared to return to the rigors of a fulltime medical school curriculum. Once we set the date of the meeting (most likely November) we'll let you know when and where it will be held so that you can make arrangements to attend. Also, at the time of your leave you were on an administrative referral to the Campus Assistance Program, therefore, we will need you to meet with CAP about four weeks prior to your return to school to complete your fitness for duty evaluation.

Sincerely,

*Joseph B. Delcarpio, Ph.D.*

Joseph B. Delcarpio, Ph.D.
Professor of Cell Biology and Anatomy
Associate Dean for Student Affairs and Records
Louisiana State University School of Medicine
2020 Gravier Street, Room 704
New Orleans, LA 70112



EXHIBIT
P-20
PENGAD 800-631-6989