UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

**************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION UNDER PENALTY OF PERJURY BY RICHARD DICARLO

1.  I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.  I have been employed by the State of Louisiana for 23 years.

3.  I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.  My current position at the Louisiana State University School of Medicine in New Orleans is Assistant Dean for Undergraduate Medical Education.

5.  As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.  I have been on the Pre-clinical Sciences Readmissions Committee for 23 years.

7.  I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.     I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.     I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because of her poor academic performance.   The medical school curriculum is very rigorous by design.   Success in medical school helps ensure that a graduating student is capable of meeting the rigors of residency training and clinical practice.  Ms. Frankola's academic record was poor for the entire time she was enrolled in medical school.  In three years of enrollment, she did not complete a single year of study successfully.  She had academic difficulty each year. This included a year in which she was repeating courses she had already taken once. When she spoke to the readmissions committee on November 17, 2014, Ms. Frankola gave no indication that she had prepared herself to perform at a higher academic level.  I voted to deny readmission because there was a very high likelihood that she would continue to fail in the remaining years of her medical education.

**I declare under penalty of perjury that the foregoing is true and correct.**

**RICHARD DICARLO**

6|28|16
**DATE**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

**************************************

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

### DECLARATION UNDER PENALTY OF PERJURY BY
### JEFFREY HOBDEN

1.    I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.    I have been employed by the State of Louisiana for 12 years.

3.    I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.    My current position at the Louisiana State University School of Medicine in New Orleans is associate professor.

5.    As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.    I have been on the Pre-clinical Sciences Readmissions Committee for 8 years.

7.    I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.      I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.      I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because of a steady pattern of academic deficiencies coupled with a failure to demonstrate the ability to overcome obstacles that would permit her to succeed academically in a rigorous medical education curriculum.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____        _____6/20/16_____

**JEFFREY HOBDEN**                                      **DATE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

## DECLARATION UNDER PENALTY OF PERJURY BY ROBIN ENGLISH

1.  I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.  I have been employed by the State of Louisiana for 21 years.

3.  I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.  My current position at the Louisiana State University School of Medicine in New Orleans is Director, Clinical Services Curriculum.

5.  As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.  I have been on the Pre-clinical Sciences Readmissions Committee for 8 years.

7.  I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.    I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.    I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because she had demonstrated a pattern of poor academic performance. As a committee of medical educators, we have a responsibility to provide competent physicians, and I did not feel that she possessed the academic and professional capability to become a successful physician.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____    6/29/16
**ROBIN ENGLISH**        **DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY KATHLEEN MCDONOUGH

1. I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2. I have been employed by the State of Louisiana for 37 years.

3. I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4. My current position at the Louisiana State University School of Medicine in New Orleans is Professor of Physiology, Associate Dean, School of Graduate Studies.

5. As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6. I have been on the Pre-clinical Sciences Readmissions Committee for 11 years.

7. I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.    I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.    I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because Kathryn has demonstrated an inability to complete the medical school coursework. With the history of failures in Physiology and Pathology, my professional opinion was that she would not be able to pass all of the courses necessary for her to complete her medical education.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Kathleen Mc Donough*                 6/ 30/16
**KATHLEEN MCDONOUGH**              **DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY DAVID WORTHYLAKE

1. I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2. I have been employed by the State of Louisiana for approximately 10.5 years.

3. I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4. My current position at the Louisiana State University School of Medicine in New Orleans is tenured Associate Professor in the Department of Biochemistry and Molecular Biology and the Course Director for Medical Biochemistry, a required course for first-year medical students.

5. As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6. I have been on the Pre-clinical Sciences Readmissions Committee for 6 years.

7.   I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.   I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.   On November 17, 2014, Kathryn Frankola appeared before the Committee to plead her case. Students are encouraged to attend the meeting if they so desire. Such an appearance may influence the committee and their decision. The Committee ultimately voted not to readmit Kathryn to the School of Medicine. This vote was unanimous. The particular reason I voted to deny Kathryn's request for readmission, is that after careful consideration of her previous history of academic performance and her pertinent testimony that day, I considered it highly unlikely that she would succeed in her pursuit of a medical degree.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Davd Wor_
**DAVID WORTHYLAKE**

_6/29/2016_
**DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHRYN FRANKOLA** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 15-05933 "H"(5)** |
| | * | |
| **LOUISIANA STATE** | * | **JUDGE MILAZZO** |
| **UNIVERSITY SCHOOL OF** | * | |
| **MEDICINE IN NEW ORLEANS,** | * | **MAG. JUDGE NORTH** |
| **ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

## DECLARATION UNDER PENALTY OF PERJURY BY
## GRACE ATHAS

1. I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2. I have been employed by the State of Louisiana for 16 years.

3. I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4. My current position at the Louisiana State University School of Medicine in New Orleans is Assistant Professor, Co-Course Director for Clinical Pathology.

5. As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6. I have been on the Pre-clinical Sciences Readmissions Committee for 5 years.

7. I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.    I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.    I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because of her poor academic performance.  Because of her repeated academic failures, I did not think she would be able to successfully complete medical school.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Grace Athas_                          6-28-16
**GRACE ATHAS**                        **DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY DANIEL KAPUSTA

1.   I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.   I have been employed by the State of Louisiana for 25 years.

3.   I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.   My current position at the Louisiana State University School of Medicine in New Orleans is a tenured Professor of Pharmacology.

5.   As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.   I have been on the Pre-clinical Sciences Readmissions Committee for 7 years.

7.   I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.      I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.      On November 17, 2014, Kathryn Frankola was permitted to appear before the Louisiana State University School of Medicine-New Orleans Pre-clinical Sciences Readmissions Committee. This provided an opportunity for Kathryn Frankola to appeal her case. Following her appearance, the committee members who were present that day unanimously voted to deny Kathryn Frankola's request for readmission. After careful consideration of the issues at hand, I voted to deny Kathryn Frankola readmission based on my opinion that she lacked the necessary academic skills that are required to succeed in obtaining her medical degree and practice as a physician. My decision for denial of Kathryn Frankola's request for readmission took into account her previous history of academic performance and her testimony that day.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____     _6/30/16_____

**DANIEL KAPUSTA**        **DATE**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| KATHRYN FRANKOLA | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

**************************************

## STATE OF LOUISIANA

## PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY
### PAULA GREGORY

1.  I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.  I have been employed by the State of Louisiana for 14 years.

3.  I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.  My current position at the Louisiana State University School of Medicine in New Orleans is Professor.

5.  As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.  I have been on the Pre-clinical Sciences Readmissions Committee for 2 years.

7.  I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.  I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.  I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because based on her academic performance, she was unlikely to be successful in her continued studies. Her academic record was not acceptable for her profession.

I declare under penalty of perjury that the foregoing is true and correct.

_____          6/28/16
PAULA GREGORY                              DATE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

*****************************************

## STATE OF LOUISIANA

## PARISH OF ORLEANS

## DECLARATION UNDER PENALTY OF PERJURY BY ANGELA MCLEAN

1.  I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.  I have been employed by the State of Louisiana for 20 years.

3.  I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.  My current position at the Louisiana State University School of Medicine in New Orleans is Associate Professor of Clinical Medicine.

5.  As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.  I have been on the Pre-clinical Sciences Readmissions Committee for 2 years.

7.  I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.    I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.    I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because the student had multiple course failures. She failed a first year course as well as a second year course and the summer remediation of the same coursework.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Angela McLean_                    6/28/2016

**ANGELA MCLEAN**                   **DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATHRYN FRANKOLA      *    CIVIL ACTION
                *
VS.                   *    NO. 15-05933 "H"(5)
                *
LOUISIANA STATE       *    JUDGE MILAZZO
UNIVERSITY SCHOOL OF    *
MEDICINE IN NEW ORLEANS,   *    MAG. JUDGE NORTH
ET AL                  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY ERICH CONRAD

1.    I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.    I have been employed by the State of Louisiana for 13 years.

3.    I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.    My current position at the Louisiana State University School of Medicine in New Orleans is Associate Professor of Clinical Psychiatry.

5.    As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.    I have been on the Pre-clinical Sciences Readmissions Committee for 10 years.

7.    I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.      I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.      I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because of her poor academic performance.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____          _____6/29/16_____

**ERICH CONRAD**                                    **DATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

**************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION UNDER PENALTY OF PERJURY BY ROBERT MAUPIN

1.    I am employed by the State of Louisiana, through the Board of Supervisors for the Louisiana State University, Agricultural and Mechanical College.

2.    I have been employed by the State of Louisiana for 20 years.

3.    I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.    My current position at the Louisiana State University School of Medicine in New Orleans is Professor, Clinical Obstetrics & Gynecology, and Associate Dean, Office of Diversity & Community Engagement.

5.    As part of my job duties at the Louisiana State University School of Medicine in New Orleans, I serve on the Pre-clinical Sciences Readmissions Committee.

6.    I have been on the Pre-clinical Sciences Readmissions Committee for 2 years.

7.    I served on the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee when Kathryn Frankola applied for readmission to the school in the fall of 2014.

8.    I attended the Louisiana State University School of Medicine in New Orleans Pre-clinical Sciences Readmissions Committee meeting on November 17, 2014.

9.    I voted to deny Kathryn Frankola's request for readmission, as did all of the other committee members who were present and voted that day, because the pattern of the student's academic performance did not demonstrate an expectation that Ms. Frankola would be academically successful in continuing her required studies if she was to have been granted readmission.

**I declare under penalty of perjury that the foregoing is true and correct.**

**ROBERT MAUPIN**                     **DATE** 7/22/20/6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 15-05933 "H"(5) |
| | * | |
| LOUISIANA STATE | * | JUDGE MILAZZO |
| UNIVERSITY SCHOOL OF | * | |
| MEDICINE IN NEW ORLEANS, | * | MAG. JUDGE NORTH |
| ET AL | * | |

**************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION UNDER PENALTY OF PERJURY BY
### STEVE NELSON, MD

1.    I am employed by the Board of Supervisors of Louisiana State University Agricultural and Mechanical College on behalf of the LSU Health Sciences Center – New Orleans.

2.    I have been employed by the State of Louisiana for 32 years.

3.    I perform job duties at the Louisiana State University School of Medicine in New Orleans.

4.    My current position at the Louisiana State University School of Medicine in New Orleans is Dean of LSU School of Medicine.

5.    I was Dean of the Louisiana State University School of Medicine in New Orleans when Kathryn Frankola applied for readmission to the school in the fall of 2014.

6.      After reviewing the recommendation of the Pre-clinical Sciences Readmissions Committee of Kathryn Frankola's request for readmission on November 17, 2014, and looking at her academic file, I accepted the committee's recommendation of not allowing Ms. Frankola to be readmitted to the Louisiana State University School of Medicine in New Orleans.

**I declare under penalty of perjury that the foregoing is true and correct.**

**STEVE NELSON, MD**                     **DATE**