### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHRYN FRANKOLA** | * **CIVIL ACTION NO. 2:15-CV-05933** |
| **Plaintiff** | * |
| | * **SECTION H(5)** |
| **Versus** | * |
| | * **JUDGE JANE TRICHE MILAZZO** |
| **BOARD OF** | * |
| **SUPERVISORS OF LOUISIANA** | * **MAGISTRATE JUDGE MICHAEL** |
| **STATE UNIVERSITY and AGRICULTURAL** | * **NORTH** |
| **and MECHANICAL COLLEGE** | * |

### STATEMENT OF CONTESTED FACTS

NOW INTO COURT comes, Kathryn Frankola, who submits this Statement of Contested Facts in support of her Memorandum in Opposition to the Motion for Summary Judgment filed by defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU").

1. The discriminatory actions of LSU which occurred while plaintiff was a student are not prescribed.

2. LSU's actions were discriminatory in nature.

3. LSU failed to offer reasonable accommodations to Kathryn Frankola in 2011.

4. LSU failed to offer reasonable accommodations to Kathryn Frankola in 2012.

5. LSU failed to offer reasonable accommodations to Kathryn Frankola in 2013.

6. LSU failed to offer reasonable accommodations to Kathryn Frankola in 2014.

7. LSU's failed to follow through with reasonable accommodations which were offered to Kathryn Frankola in 2014.

8. Kathryn Frankola met the academic standards of the medical school program.

9. The LSU School of Medicine Pre-clinical Sciences Readmissions Committee unlawfully discriminated against Kathryn Frankola when it expelled her in 2014.

10. Plaintiff was not informed of any risks of taking medical leave in 2014.

11. LSU dismissed Kathryn Frankola because of her status as a pregnant student with bipolar disorder.

12. LSU negligently dismissed Kathryn Frankola as a pregnant student with bipolar disorder.

13. LSU intentionally inflicted emotional distress upon Kathryn Frankola.

14. LSU's conduct was outrageous and is utterly intolerable in society.

Respectfully submitted,

**LAW OFFICE OF JON G. BETHUNE, L.L.C.**

/s/ *Jon G. Bethune*

_____

JON G. BETHUNE (#30221)
4701 Tchoupitoulas Street, Suite B
New Orleans, Louisiana 70115
Telephone:     (504) 218-8570
Facsimile:     (504) 267-4893
jbethune@bethune-law.com
**ATTORNEY FOR KATHRYN FRANKOLA**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Statement of Contested Facts is being served upon all counsel of record/parties by e-mail transmission, and/or the courts electronic filing system on this 16th day of August, 2016.

/s/ *Jon G. Bethune*

_____

**THE LAW OFFICE OF JON G. BETHUNE, L.L.C**