UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHRYN FRANKOLA<br>Plaintiff | * CIVIL ACTION NO. 2:15-CV-05933<br>*<br>* SECTION H(5) |
| Versus | *<br>* JUDGE JANE TRICHE MILAZZO |
| BOARD OF<br>SUPERVISORS OF LOUISIANA<br>STATE UNIVERSITY and AGRICULTURAL<br>and MECHANICAL COLLEGE | *<br>* MAGISTRATE JUDGE MICHAEL<br>* NORTH<br>* |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

  **BEFORE ME**, the undersigned authority, personally came and appeared:

KATHRYN FRANKOLA

who after being first duly sworn, did depose and state:

1. In March of 2010, I was accepted into Louisiana State University School of Medicine in New Orleans ("LSU").

2. Specifically, I was admitted into Louisiana State University School of Medicine in New Orleans' M.D./Ph. D. program.

3. In August of 2010, the Dean of Students of LSU was made aware of my bipolar medical condition.

4. In the fall of 2010 I was hospitalized with a severe case of manic behavior which arose out of my bipolar condition.

1

EXHIBIT<br>A

5. Instead of offering immediate accommodations, I was treated as a regular first year student, and in fact, was encouraged to pursue extracurricular activities.

6. These activities put even more of a strain on my disability.

7. Throughout my time as a student at LSU, I made numerous requests for accommodations.

8. Not only were these requests denied, but I was misled to believe that no accommodations existed for me.

9. In 2011, I requested that I be relieved of "Camp Tiger" activities.

10. Camp Tiger is a day camp for children with special needs that is run by students of the LSU School of Medicine.

11. This request was denied by the Dean of Students, Dr. Joseph Delcarpio.

12. Had I been allowed to skip this activity, I would have avoided academic difficulty which led to me having had to take a year off.

13. Soon after, I requested that I be allowed to skip a social event for MD/Ph.D. students.

14. This accommodation was denied by Dr. Kathleen McDonough and/or Dr. Joseph Delcarpio.

15. At the time, Dr. Kathleen McDonough and/or Dr. Joseph Delcarpio were aware of my bipolar condition.

16. This was an accommodation that was denied to me which resulted in adverse academic actions being taken against me.

17. In Fall of 2012, I failed a pathology course.

18. Along with several other students, I was allowed to retake this course during the Summer of 2013.

19. Prior to retaking the Pathology course over the summer, I requested that I be allowed to take the test later and/or be allowed to retake the test.

20. At the time, I was suffering from a disabling manic/bipolar episode and felt that I was not going to be able to perform to the best of my abilities.

21. This request for an accommodation was denied.

22. Based on information and belief, LSU allowed another student to take a "condensed" version of the course.

23. This accommodation was not offered to me.

24. In the Fall of 2013, I became pregnant.

25. After discussing my pregnancy and bipolar condition with Dr. Joseph Delcarpio, it was recommended that I take a medical leave of absence.

26. I was assured that, in order to resume classes, all I would need to do was participate in LSU's Campus Assistance Program and provide a "Fit for Duty" letter.

27. This was a proposed accommodation that was being offered to me as a result of my pregnancy and bipolar condition.

28. Instead of following through with this accommodation, LSU dismissed me as a student without notice and required me to go through a readmission process.

29. LSU decided to not allow me to resume classes based on "academic reasons."

30. At no time, were any risks of medical leave communicated to me.

3

31. At no time, was I told that I would have to reapply to resume courses at LSU.

32. I am unaware of any written rules for specific risks associated with taking medical leave for students who are on academic probation.

33. On November 17, 2014, I was informed that I would not be allowed to resume classes at L.S.U. School of Medicine.

34. In accordance with LSU's appeal process for academic dismissal, I appealed the decision within fifteen (15) days of the notification of my dismissal.

35. In January of 2015, I was informed that my appeal was denied.

33. LSU treated me differently from my peers as a direct result of my pregnancy and bipolar condition.

36. LSU promised me an accommodation and ultimately rescinded this accommodation in 2014.

37. On November 18, 2014, I e-mailed Dr. Joseph Delcarpio regarding my status as a student at LSU and our January 2014 meeting.

_____
KATHRYN FRANKOLA

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 15th DAY OF
AUGUST 2016.

_____
NOTARY PUBLIC
JON G. BETHUNE, BAR #30221
MY COMMISSION IS FOR LIFE

4