Kathryn Frankola v.
Louisiana State University School of Medicine in N.O.

Joseph B. Delcarpio, Ph.D.
June 8, 2016

Page 13

well. I had certification as a secondary teacher because I taught in Orleans Parish for those eight years or so from 1972 to 1980. Then I earned my PhD in cell biology anatomy. I did a post-doctoral fellowship for a year and a half under Bill Claycomb in the Department of Biochemistry and Molecular Biology and so that's it. That's it, really. I think so.

Q. And you said you retired on May 31st, 2016?

A. Yes, sir.

Q. Did LSU receive federal funding while you were working there, to your knowledge?

A. Sure, absolutely.

Q. In what forms?

A. I would suspect -- a lot of the research is funded through the National Institution of Health so there's a lot of funding through that. Some are funded through the National Science Foundation, NSF Funding, and I'm sure they get federal funding through CMS that support the residency programs. That's one of the big drivers, obviously for medical education. So yes, those are the three major resources right off the top of my head I

Page 14

can think of.

Q. And the address that you gave me, 667 East Main Street, New Iberia, Louisiana, that is your current residence?

A. Yes, sir.

Q. And is that a home that you own?

A. Yes, sir.

Q. Do you have any other residences that you may be living at?

A. No, no. I mean, I -- we bought that house in the spring of 2015 and so I sold the house we had in Pearl River. I lived there until I sold it in January and then rented an apartment in New Orleans until I finished out my tenure as an LSU employee. So there's no other residence now.

Q. I'd like to ask you some questions about my client, Kathryn Frankola.

A. Sure.

Q. When did you first become acquainted with Ms. Frankola?

A. I guess, probably in the -- probably I became aware of Kate on one of my jobs -- one of my volunteers is to be the faculty advisor for a camp for kids with special needs. And so what

Page 15

we do is we enlist students from the incoming class, in other words, that have been admitted to medical school as volunteers and we use the rising second year class which are transitioned from freshman to second year.

Q. Is this the Camp Tiger Program?

A. Right. And so I think I became acquainted with Ms. Frankola briefly during that time. Again, that would have been probably May of 2010. The camp is usually the last week or so in May. And then when I became aware of her as a student -- I really became aware of her was probably that first semester that she began, that first week of the first semester.

Q. As a student --

A. As a student.

Q. -- in the School of Medicine?

A. Right.

Q. When were you first made aware of her bipolar condition?

A. So I think the first time that I knew there was a health problem was from a phone call from the emergency medicine physician. The very first day of the freshman year, we

Page 16

instituted a number of years ago, a community service project. And so what we do is we get the students to do projects around New Orleans. I don't remember what we did the year when Kate was a student, but usually it's like painting the fences in the park or planting flowers post-Katrina and that's our way of getting the kids to meet one another and so on and do some service. Well, we were taking roll, because it's also the first day of registration and so we were trying to figure out who didn't make it in and who decided not to come to school and she was one of the folks that we were missing. And about the time the buses were getting ready to leave is when I got a phone call from one of the ER physicians that we had a student there who was having some health concerns and that they were going to recommend that she be kept for whatever.

Q. And what's the timeframe for this again?

A. In August 2010.

Q. And what kind of health concerns did they tell you about and what health concerns did they --



EXHIBIT
B