Case 2:15-cv-05933-JTM-MBN    Document 30-4    Filed 08/16/16    Page 1 of 1

Kathryn Frankola vs
Louisiana State University School of Medicine in N.O.

Joseph Delfio, Ph.D.
June 8, 2016

Page 61

summertime. But no, there's no requirement for on call in the first and second year.

Q. And when did Kate first discuss her pregnancy with you? Do you remember it being in 2013?

A. Well, I was well aware of it by the time the spring semester came. But I don't remember if it was in the fall or not. I just -- to be perfectly honest, I just don't recall. I was aware of it by the spring of 2014. There's no doubt in my mind about that. But whether she said something in the fall of 2013, I don't recall. I have to be honest.

Q. So what happened -- we just saw the August 13, 2013 letter. What happened with her status as a student for the fall 2013 to spring 2014 school year?

A. Well, she wasn't on my radar at all. I mean, I didn't see -- I heard nothing. I didn't hear anything from her. I felt that -- again, I didn't feel anything. I didn't sit down and make notes to myself about it because I had so many other issues with other kids dominating the picture. But nothing appeared. I had no flags or anything from Kate. I didn't hear

Page 62

anything. There were no complaints. We had our normal promotions meeting in the spring and I knew that she had passed Pathology because we do a follow up. I just asked that during our mid-year meeting that everything seemed to be okay. And that was it really. So I don't remember if she mentioned something to me in the fall, I just don't recall, to be honest with you.

Q. And, I guess, you think she told you first about the pregnancy when, in the fall 2013/spring 2014?

A. I know I was aware of it by the spring of -- by January, sometime in January. But she could have mentioned something over the fall. I just don't recall. So I knew by the beginning of the -- by 2014 that she was expecting, yeah.

Q. Did you ever recommend to Kate a medical leave of absence?

A. I did later on in the middle of the spring of 2014.

Q. If you could, just describe to me when this communication and recommendation took place and was it in person, was it over the phone?

Page 63

A. It may have been in my office because we met several times that spring as you may be aware of. And I had grave concerns about her ability to continue to perform academically.

Q. Why is that?

A. In late January, I was in my office around lunch time when I got a phone call and a text message from separate students that Ms. Frankola had left class and left all her personal belongings, laptop, everything up, her phone, too, I believe, in the room and class had ended. And she never returned. Then at the same time within a few minutes, several students came to my office independent of the other two that had concerns about Kate from a health perspective. At that time, I decided that since we couldn't locate her on campus and all -- her machine was running and all her personal effects were left there unattended in an empty room, I asked the students to stay with her stuff and I would try and contact her husband and that's what I did. And so at that time, we met and her husband was present at that time.

Q. What month was this in?

Page 64

A. Late January, toward the end of January, I believe.

Q. Did you know she was pregnant at this time, too?

A. I think so. I think that's -- and that may have been when I found out or prior -- I don't recall. It was -- again, I just don't recall. I mean, because we have a lot of students who are pregnant, by the way.

Q. Sure.

A. So Kate wasn't the first one. And that's not a big thing for -- well, it's a big thing for them.

Q. And did you recommend the medical -- so you recommended the medical leave of absence to --

A. Not at that time.

Q. Not then?

A. No, at that time I referred her to Campus Assistance.

Q. When did you recommend the medical leave of absence?

A. So later on -- she went to Campus Assistance. And then I never heard anything which is not unusual as we talked


EXHIBIT
C