Case 2:15-cv-05933-JTM-MBN    Document 30-5    Filed 08/16/16    Page 1 of 1

Kathryn Frankola vs
Louisiana State University School of Medicine in N.O.

Joseph R. D...

**Page 65**

Sometimes they let me know; sometimes they never let me know. So I think later on, and I don't remember the exact timeline, but maybe a month later I was kind of wondering where she was and where in the process -- I hadn't heard anything. Had she gone back to class? Had she been attending school? I was concerned about that. And I don't remember how I found out. I think -- at any rate, at some point within the next month or so it may have been -- oh, I don't recall exactly, February or March. I just don't recall. It was prior to or right around the second exam, whenever that took place. Kate came in to see me and I think she was with her husband at that time. And I asked her if she had been attending class because again, I don't know. We don't take roll on people who are 30 years old or 20. So I don't know if she attending. She said at that time she had not been attending class but that the exams were coming up. And I asked her how she was doing; how she felt; had she been to CAP. She had, and that she did tell me that she had been seeing, I think, her psychiatrist. And again, I don't recall who that was. And I know that she had

**Page 66**

not been -- I don't know -- I know that she had not been to class. And so she was going to go ahead and take these exams and I was very concerned about her ability to pass because she was on academic probation. Now whether she passed courses in the fall is irrelevant. She could have had straight honors in the fall. Had she failed any course in the spring, automatic dismissal. You're gone. There's no question. There's no need to even go back to the Committee. We've already given you three tries. It says right there in the letter, a single fail results in automatic dismissal. So I knew that this young lady was behind the rock and a hard spot. And I was concerned that she was a very weak student. So the best of my ability was to advise her was I recommended that you haven't been in attendance, why don't you consider taking a medical leave and getting everything straight, getting your health back. I hadn't gotten any letters from her doctors or anything saying she was ready to come back. And so she was reluctant, but I said, "Kate, if you fail a course, there's no recourse. I'm going to drop you. The school will," not me,

**Page 67**

"the school will drop you automatically that day." And so she thought about it and she decided to go ahead and take medical leave.

Q. How did she take the medical leave? Was that a formal process or did you take care of it for her? Who notified -- I'm assuming it went --

A. We do.

Q. How does it work?

A. So what it does is when you tell me -- I get a letter from your doctor saying it's in your best interest to take time off. She could only take medical leave. She couldn't take personal leave. If she were in academic good standing, she could take personal leave anytime. She couldn't do that. So I then informed the course directors that this student has been placed on medical leave and will be brought back up before the Committee in the summertime.

Q. And is there a difference -- well, obviously there's a difference between withdrawing as a student and a medical leave of absence. What are the rules of the medical leave? What does that usually mean? What's

**Page 68**

the process for getting back?

A. So from the perspective, from the institution's perspective, when you leave, for whatever reason you leave, you are, I think they give them two weeks now. It was six weeks for a while, but it's two weeks, I think. At that point, you are dropped from the rolls. And essentially, you're not a part of the institution. From the school's leave, when you take a medical leave, you are brought back, particularly when you are a person who is on academic probation. So when you're on academic probation, you take that medical leave. We want to make sure that you are ready to come back. And so you appear before the Readmissions Committee. And before you do that, I need to have a letter from you saying you're ready to come back. I need to have a letter from your physician saying that they're ready for you to come back. And then I'll present you to the Committee and then you can come to the Committee.

Q. So for Kate's medical leave of absence, she had to go before the Committee to be readmitted?


EXHIBIT
D
tabbies