Kathryn Frankola v.
Louisiana State University School of Medicine in N.O.

Joseph B. Delcarpio, Ph.D.
June 18, 2016

Page 77

leave. And so many times they will take a personal leave if you're academically okay. But in effect, it's a medical leave. So I've had them take formal medical leave or formal personal leaves when they've had injuries or some disease process. And they can do that if they're in academic good standing. When you're not in academic good standing, they have to appear before the Committee.

Q. Got it. So any time a student takes medical leave when they're on academic probation --

A. That's right.

Q. -- they have to go before the Readmission Committee?

A. That's correct.

Q. Matter of fact, we have -- well, it's not my position anymore, we have a young man coming back this semester that took medical leave and that's exactly the same process. He was on probation -- there was actually two of them actually. On probation and he -- he had some personal issues that required him to take a medical leave. And so he has to appear before the Committee and the young lady, Shariff

Page 78

(phonetic) too, she has to appear before the Committee, as well. I shouldn't have told you her name.

MR. KELLER:

True.

BY MR. BETHUNE:

Q. I'm going to show you a letter. It's dated November 14, 2014. Do you remember receiving this letter?

A. (Witness reviews document.) Yep. That's part of the thing we talked about that would be presented and that I needed to have in place before I could bring it before the Committee.

MR. BETHUNE:

I'd like to offer, file and introduce that as Frankola Exhibit D and attach that to the deposition. Any objection?

MR. KELLER:

No objection.

BY MR. BETHUNE:

Q. And on the last sentence, Scott Embley says, "I recommend consideration be given for administrative referral." What does he mean

Page 79

there?

A. So should the Committee accept her application for readmission, what I would do that day is then admit her and she and I would sit down and I would make an administrative referral to Campus Assistance. So the administrative referral is an agreement between the institution and the student/faculty/staff member that they would then go for appropriate therapy or whatever prescribed process to remain, to continue in school. So it's in lieu -- it's required for acceptance. She's going to have to adhere to a set of guidelines, i.e., it would be the guidelines that are probably listed above there. And if she didn't adhere to those, then she could be subject for dismissal or she could be dropped from the Campus Assistance. And the way that works is they refer you back to the school. That's what he means by this.

Q. We were talking about the medical leave and how when a student is on academic probation and they take a medical leave they have to apply for readmission.

A. Right.

Page 80

Q. What's the purpose of that? Why make a student who's on academic probation be readmitted as opposed to just letting them back?

A. So historically what has happened in the past was students who, and not in this particular case, but students frequently will, or not that frequently, but at least students have done in the past to escape that spring semester where they're on probation is all of a sudden they become ill. And so that way they avoid having to face a whole semester where they could fail a course. So it's a tool that's been used historically. Not for a long time because we require them to go before that Board again to make sure you're ready to come back. So that's one of the tools, right.

Q. When a student is put on academic probation, are they informed in writing of the new rules that apply to them?

A. What new rules?

Q. Well, about medical leave.

A. No. No, we never tell them about medical leave, no.

Q. So how the medical leave changes and

EXHIBIT
E

