

LSUHSC-NO Campus Assistance Program

## MEDICAL RELEASE
## FITNESS FOR EMPLOYMENT / ENROLLMENT FORM

Patient Name: _Kathryn Frankela_

Social Security Number: _____

The above mentioned patient has been under my care from _1|22|14_ until _TBA_
(Date)                    (Date)

### PLEASE SIGN OR WRITE N/A ON EACH SIGNATURE LINE
### PLEASE DO NOT LEAVE ANY LINES BLANK

The above named individual is medically, physically and psychologically fit to perform their work/school duties, return to work / school, is currently not gravely disabled, posing any health / safety risk to them self or others, and is not in need of on going treatment.

_____    _____
Treating Physician or therapist signature    Date

The above named individual is medically, physically and psychologically fit to perform their work/school duties, and return to work / school with the following considerations.

It is the opinion of this treating physician / therapist the above named individual needs to remain in follow-up treatment in order to resume their work/school responsibilities in a manner that they will not pose any health / safety risks to them self or others, and/or in order for them not to become gravely impaired. (Please attached a copy to the follow-up treatment plan)

_A. Casiano MD_    _4/23/14_
Treating Physician or therapist signature    Date

It is the opinion of this treating physician / therapist the above named individual has an impairment(s) which requires modifications to their job/school responsibilities. Attached is a written, signed and dated report and/or medical examination which explains the work / school limitations which are recommended and the time period which these work modifications will need to be adjusted for.

_____    _____
Treating Physician or therapist   signature    Date

Physician or therapist name (Please print): _Annemarie Casecano_

Address: _400 Poydras St. Suite 1950_

Please return to:    **LSUHSC Campus Assistance Program**
1542 Tulane Ave. Office 866
New Orleans, LA 70112

EXHIBIT
G
tabbies