

LSUHealthNewOrleans
HEALTH SCIENCES CENTER

Campus Assistance Program

April 17, 2014

Kathryn Frankola-Welsh
1820 Bartholomew St.
New Orleans, LA. 70117

Re:     Campus Assistance Program case status

Ms. Frankola-Welsh,

You were administratively referred to the LSUHSC Campus Assistance Program (CAP) on January 27, 2014 for a fitness for duty evaluation.  A plan was put into place to have your treating psychiatrist, Dr. Anne Marie Casesa, provide CAP with the necessary documentation to complete the fitness for duty process.

Since you are currently on leave from the School of Medicine, your CAP case will be closed.  During your leave of absence the following is recommended:

- Continue to follow all recommendations made by Dr. Casesa;
- It is recommended that four weeks prior to resuming your academic responsibilities (once your physician has cleared you to return), you must contact the student affairs and CAP office;
- At that time, it is recommended that you are referred back to CAP pursuant to CM-37 LSUHSC Fitness for Duty policy to complete the fitness for duty evaluation and to receive verification from Dr. Casesa your compliance with her recommendations during your leave of absence.

I wish you the very best during this time and look forward to working with you again in the future.  If you have any questions or concerns regarding the status of your CAP case please feel free to contact me at 568-8888.

Sincerely,

*S. Embley, LCSW*

Scott Embley, LCSW
LSUHSC Campus Assistance Program

Cc: Anne Marie Casesa, MD

Louisiana State University Health Sciences Center • 1542 Tulane Avenue, Room 866, Box E5-4 • New Orleans, LA 70112
phone 504.568.8888 • fax 504.568.3892 • www.lsuhsc.edu

EXHIBIT
4