From: **Kate Frankola** <kfrankola@gmail.com>
Date: Tue, Nov 18, 2014 15:53 AM
Subject: Re: Readmissions Request
To: "Delcarpio, Joseph" <Jdelca@lsuhsc.edu>
Cc: "Mills, Lindy" <LMills1@lsuhsc.edu>, "Levitzky, Michael" <MLevit@lsuhsc.edu>

As the Dean of Students I trusted that you were always acting in my best interests. If the medical leave was not in my best interest, I wish that you had suggested doing all I could do to get ready for exams, instead, that day we met in January. I do not understand why you suggested medical leave as being in my best interests - academic and otherwise - if it was truly not, since the committee decided that my lack of continuity was the problem. I followed your advice!! I also tried to look for relevant classes being offered, but there were none, so I thought trying to focus on studying for step with a few good resources while taking care of my son was a good plan. Would my credits be able to transfer?

On Nov 18, 2014 8:23 AM, "Kate Frankola" <kfrankola@gmail.com> wrote:

Dr. D,
From what you told me in June, you said that the committee said that it would be in my best interests to repeat the year starting this coming January. You mentioned that they had concerns about my health but I thought I made clear yesterday that the one thing I definitely changed with this time off has been seeing a psychiatrist regularly and taking medication every day. I got the fitness for duty letter and was actually looking forward to meeting with Scott Embley because I thought being in CAP and being on meds would make a big difference. Plus I was looking forward to, more than ever in the past, to keep up every day with reviewing lectures and such.
As for the question of continuity, I took the medical leave when I was on academic probation at your suggestion. You indicated that "by not actually failing anything" it would be a good time to take medical leave proactively and that the committee would understand. I would have sat for exams last February, and would probably have passed most of them, if I didn't trust and follow your advice. After doing that, I don't know what I could have done differently yesterday or with my time off. I finally made sure I am healthy, kept my child healthy, and studied for step 1 in the meantime.
Since I followed your advice last January and took this leave instead of just trying to take exams and maybe not even failing (and if I would have failed them I would have had two more blocks to bring up grades), I am more upset by all of this than if I would have just tried to take exams. It almost certainly would have been a better outcome. Even failing out last semester would essentially be the same outcome as this. I don't understand why I was encouraged by you to take the leave then instead of just trying to take exams. As not well as I might have been the day we met, I was overwhelmed and told by you I should be worried about failing upcoming exams. I had twelve days at that point to study and catch up. Since I followed your advice about this first I do plan to appeal this and I hope the Dean understands that I took this year off because I actually tried to seek help and



**EXHIBIT**

I

tabbies