Nov. 3. 2014 8:55AM

No. 1774  P. 2



## LSUHSC-NO Campus Assistance Program

### MEDICAL RELEASE
### FITNESS FOR EMPLOYMENT / ENROLLMENT FORM

Patient Name: Kathryn Francola

Social Security Number: _____

The above mentioned patient has been under my care from **8/1/14** (Date) until **present** (Date)

### PLEASE SIGN OR WRITE N/A ON EACH SIGNATURE LINE
### PLEASE DO NOT LEAVE ANY LINES BLANK

The above named individual is medically, physically and psychologically fit to perform their work/school duties, return to work / school, is currently not gravely disabled, posing any health / safety risk to them self or others, and is not in need of on going treatment.

_____    _____
Treating Physician or therapist signature      Date

The above named individual is medically, physically and psychologically fit to perform their work/school duties, and return to work / school with the following considerations.

*It is the opinion of this treating physician / therapist the above named individual needs to remain in follow-up treatment in order to resume their work/school responsibilities in a manner that they will not pose any health / safety risks to them self or others, and/or in order for them not to become gravely impaired. (Please attached a copy to the follow-up treatment plan)*

*Leslie E Lawrence, MD*    **11/7/14**
Treating Physician or therapist signature      Date

*It is the opinion of this treating physician / therapist the above named individual has an impairment(s) which requires modifications to their job/school responsibilities. Attached is a written, signed and dated report and/or medical examination which explains the work / school limitations which are recommended and the time period which these work modifications will need to be adjusted for.*

_____    _____
Treating Physician or therapist  signature      Date

Physician or therapist name (Please print): Leslie E Lawrence, MD
Integrated Behavioral Health, LLC
Address: 400 Poydras St; Suite 1950; N.O, LA 70130

Please return to:    LSUHSC Campus Assistance Program
1542 Tulane Ave, Office 866
New Orleans, LA 70112

