

HEALTH SCIENCES CENTER

Campus Assistance Program

November 14, 2014

Joseph Delcarpio, PhD
LSUHSC School of Medicine
Office of Student Affairs
2020 Gravier St.
New Orleans, LA. 70112

RE:     Ms. Kathryn Frankola

Dear Dr. Delcarpio,

This office received a letter from Ms. Frankola's treating physician reporting that in her professional opinion Ms. Frankola is medically, physically, and psychologically fit to perform her school duties and return to school in the spring of 2015, with the following considerations:

1.  She is to be compliant with her scheduled monthly medication management visits;
2.  She is to be compliant with her medications;
3.  She is to complete her therapy sessions through Family Services (Three sessions are remaining);
4.  She will agree to re-engage in therapy if her psychiatrist/counselor at school deems it necessary.

I recommend consideration be given for administrative referral and the continuation of enrollment contract for fitness for duty.  If you have any questions please feel free to contact me.

Sincerely,

Scott Embley, LCSW
LSUHSC Campus Assistance Program

EXHIBIT

K