UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHRYN FRANKOLA** | **\* CIVIL ACTION NO. 2:15-CV-05933** |
| **Plaintiff** | **\*** |
| | **\* SECTION H(5)** |
| **Versus** | **\*** |
| | **\* JUDGE JANE TRICHE MILAZZO** |
| **BOARD OF** | **\*** |
| **SUPERVISORS OF LOUISIANA** | **\* MAGISTRATE JUDGE MICHAEL** |
| **STATE UNIVERSITY and AGRICULTURAL** | **\* NORTH** |
| **and MECHANICAL COLLEGE** | **\*** |

## JOINT MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES WITH REQUEST FOR EXPEDITED CONSIDERATION

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kathryn Frankola and defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and move the Court to continue the trial presently set for a jury trial for October 3, 2016, and to reset pre-trial deadlines. Events have occurred which necessitate the filing of this joint motion to continue the trial and pre-trial deadlines which are elaborated on in the accompanying memorandum.

WHEREFORE, plaintiff, Kathryn Frankola, and defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that this Honorable Court give this motion expedited consideration and grant this joint motion to continue trial date and pre-trial deadlines and that a status conference be scheduled for the purpose of selecting a new trial date and setting pre-trial deadlines.

1

Respectfully submitted,

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/  Jon G. Bethune*

*/s/ Michael Keller*

_____

_____

**JON G. BETHUNE (Bar #30221)**
The Law Office of Jon G. Bethune, L.L.C.
4701 Tchoupitoulas Street, Suite B
New Orleans, Louisiana 70115
Telephone:  (504) 218-8570
Facsimile:   (504) 267-4893
e-mail: jbethune@bethune-law.com
**ATTORNEY FOR KATHRYN FRANKOLA**

**MICHAEL C. KELLER (Bar #20895)**
**ASSISTANT ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF
JUSTICE - LITIGATION DIVISION
400 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 599-1200
Facsimile (504) 599-1212
Email: kellerm@ag.louisiana .giv
**ATTORNEY FOR BOARD OF**
**SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND**
**AGRICULTUTAL AND MECHANICAL**
**COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading is being served upon all counsel of record/parties by e-mail transmission, and/or the courts electronic filing system on this 19th day of August, 2016.

/s/  Jon G. Bethune

_____

**THE LAW OFFICE OF JON G. BETHUNE, L.L.C**