UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHRYN FRANKOLA<br>Plaintiff | * CIVIL ACTION NO. 2:15-CV-05933<br>* |
| | * SECTION H(5) |
| Versus | * |
| | * JUDGE JANE TRICHE MILAZZO |
| BOARD OF<br>SUPERVISORS OF LOUISIANA<br>STATE UNIVERSITY and AGRICULTURAL<br>and MECHANICAL COLLEGE | *<br>* MAGISTRATE JUDGE MICHAEL<br>* NORTH<br>* |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES WITH REQUEST FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT

Plaintiff, Kathryn Frankola, and defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, both respectfully move this Court for an Order continuing the trial date set to commence on October 3, 2016 and all pre-trial deadlines.

The defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, will not be able to engage in good faith settlement negotiations between now and the trial date scheduled for October 3, 2016. Counsel for the defendant will not receive a decision on his requested settlement authority due to the flooding in the Baton Rouge area. The individuals involved in the decision making process for defendant are members of Sedgewick Claims Services (adjusters), the Department of Justice, and the Office of Risk Management. All three of these agencies members have been displaced because of the flooding

1

and are not able to come to work.  Therefore, any possibility of settlement of this case has been erased for defendant with the current trial date in place.

Plaintiff and defendant have entered into good faith settlement negotiations pending the filing of this joint motion to continue.  Plaintiff and defendant respectfully request that this court give this joint motion to continue expedited consideration.  A settlement conference is currently scheduled before Magistrate Judge North on August 31, 2016.  Position papers are due from both parties on August 26, 2016.  Moreover, subpoenas will need to be issued by both parties in the upcoming weeks.  As such, plaintiff and defendant respectfully request expedited consideration in order to avoid potentially unnecessary litigation, attorney's fees, and costs. This continuance request is also in the interest of judicial efficiency and economy.

In order to encourage settlement in this case and in an effort to avoid potentially unnecessary litigation with associated attorney's fees and costs, plaintiff, Kathryn Frankola, and defendant,  Board of Supervisors of Louisiana State University and Agricultural and Mechanical College respectfully request that this Court grant a continuance of the trial date currently scheduled for October 3, 2016 and pre-trial deadlines and that a status conference be scheduled for the purpose of selecting a new trial date and setting pre-trial deadlines.

WHEREFORE, plaintiff, Kathryn Frankola, and defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that this Honorable Court give this motion expedited consideration and grant this joint motion to continue trial date and pre-trial deadlines and that a status conference be scheduled for the purpose of selecting a trial date and setting pre-trial deadlines.

Respectfully submitted,

*/s/  Jon G. Bethune*

_____
**JON G. BETHUNE (Bar #30221)**
The Law Office of Jon G. Bethune, L.L.C.
4701 Tchoupitoulas Street, Suite B
New Orleans, Louisiana 70115
Telephone:  (504) 218-8570
Facsimile:   (504) 267-4893
e-mail: jbethune@bethune-law.com
**ATTORNEY FOR KATHRYN FRANKOLA**

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Michael Keller*

_____
**MICHAEL C. KELLER (Bar #20895)**
**ASSISTANT ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF
JUSTICE - LITIGATION DIVISION
400 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 599-1200
Facsimile (504) 599-1212
Email: kellerm@ag.louisiana .giv
**ATTORNEY FOR BOARD OF**
**SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND**
**AGRICULTUTAL AND MECHANICAL**
**COLLEGE**