## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHRYN FRANKOLA** | * **CIVIL ACTION NO. 2:15-CV-05933** |
| **Plaintiff** | * |
| | * **SECTION H(5)** |
| **Versus** | * |
| | * **JUDGE JANE TRICHE MILAZZO** |
| **BOARD OF** | * |
| **SUPERVISORS OF LOUISIANA** | * **MAGISTRATE JUDGE MICHAEL** |
| **STATE UNIVERSITY and AGRICULTURAL** | * **NORTH** |
| **and MECHANICAL COLLEGE** | * |

---

## ORDER

Upon consideration of the foregoing Joint Motion to Continue the Trial and to Reset Pretrial Deadlines with Request for Expedited Consideration;

IT IS ORDERED, that the jury trial of this matter, presently set for October 3, 2016, be and the same is hereby continued, and the Docket Clerk is hereby ordered to schedule a status conference for the purpose of selecting a new trial date and corresponding pretrial deadlines.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE