**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KATHRYN FRANKOLA**      * | **CIVIL ACTION** |
|      * | |
|      * | **NUMBER:  2:15-CV-05933** |
| **VERSUS**      * | |
|      * | **SECTION:  H(5)** |
| **LOUISIANA STATE UNIVERSITY**      * | |
| **SCHOOL OF MEDICINE IN NEW** | **JUDGE JANE TRICHE MILAZZO** |
| **ORLEANS, and BOARD OF**      * | |
| **SUPERVISORS OF LOUISIANA** | **MAG. JUDGE  MICHAEL NORTH** |
| **STATE UNIVERSITY and**      * | |
| **AGRICULTURAL and MECHANICAL** | |
| **COLLEGE**      * | |
|      * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO FILE**
**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

**NOW INTO COURT**, through the Louisiana Attorney General, comes defendant, the State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who moves this honorable court for leave to file a reply to plaintiff's opposition to its motion for summary judgment.

The State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, respectfully requests that this honorable court grant it leave to file the attached reply to plaintiff's opposition to its motion for summary judgment for consideration by this honorable court.

1

WHEREFORE, the State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, prays that this honorable court grant it leave to file the attached reply to plaintiff's opposition to its motion for summary judgment into the court record and for consideration by this honorable court.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY:**   *s/Michael C. Keller*
**MICHAEL C. KELLER (#20895)**
**ASSISTANT ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
400 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone:   (504) 599-1200
Facsimile:   (504) 599-1212
Email: kellerm@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 22nd, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael C. Keller*
**MICHAEL C. KELLER**

\\Litno1\DATA\SECTION\CIVRIGHT\Keller\Frankola, Kathryn\Pleadings\Motion For Leave To File Reply To Opp To MSJ.Docx

2