## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **KATHRYN FRANKOLA** | **CIVIL ACTION** |
|  |  |
| **VERSUS** | **NUMBER:  2:15-CV-05933** |
|  | **SECTION:  H(5)** |
| **LOUISIANA STATE UNIVERSITY SCHOOL OF MEDICINE IN NEW ORLEANS, and BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY and AGRICULTURAL and MECHANICAL COLLEGE** | **JUDGE JANE TRICHE MILAZZO**  **MAG. JUDGE  MICHAEL NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING MOTION FOR LEAVE**

**IT IS ORDERED THAT**, the reply of the State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College to plaintiff's opposition to its motion for summary judgment shall be filed into the court record for consideration by this honorable court.

Signed in New Orleans, Louisiana on this the _____ day of August 2016.


_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES JUDGE**