UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| KATHRYN FRANKOLA | * | CIVIL ACTION |
|  | * |  |
|  |  | NUMBER:  2:15-CV-05933 |
| VERSUS | * |  |
|  |  | SECTION:  H(5) |
| LOUISIANA STATE UNIVERSITY | * |  |
| SCHOOL OF MEDICINE IN NEW | | JUDGE JANE TRICHE MILAZZO |
| ORLEANS, and BOARD OF | * | |
| SUPERVISORS OF LOUISIANA | | MAG. JUDGE  MICHAEL NORTH |
| STATE UNIVERSITY and | * | |
| AGRICULTURAL and MECHANICAL | | |
| COLLEGE | * | |
|  |  |  |
|  | * | |

**************************************

**ORDER**

**CONSIDERING THE FOREGOING MOTION FOR LEAVE**

**IT IS ORDERED THAT**, the reply of the State of Louisiana, through the Board of

Supervisors of Louisiana State University and Agricultural and Mechanical College to

plaintiff's opposition to its motion for summary judgment shall be filed into the court record for

consideration by this honorable court.

Signed in New Orleans, Louisiana on this the 23rd day of August 2016.

_____

HON. JANE TRICHE MILAZZO
UNITED STATES JUDGE