UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHRYN FRANKOLA** <br> **Plaintiff** <br><br> **Versus** <br><br> **BOARD OF** <br> **SUPERVISORS OF LOUISIANA** <br> **STATE UNIVERSITY and AGRICULTURAL** <br> **and MECHANICAL COLLEGE** | * **CIVIL ACTION NO. 2:15-CV-05933** <br> * <br> * **SECTION H(5)** <br> * <br> * **JUDGE JANE TRICHE MILAZZO** <br> * <br> * **MAGISTRATE JUDGE MICHAEL** <br> * **NORTH** <br> * |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kathryn Frankola, and the defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who move this Honorable Court to dismiss all claims asserted in the above-captioned case against the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College with prejudice, each party to bear their own attorneys' fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | **JEFF LANDRY** <br> **ATTORNEY GENERAL** |
| */s/ Jon G. Bethune* | */s/ Michael Keller* |
| **JON G. BETHUNE (Bar #30221)** <br> The Law Office of Jon G. Bethune, L.L.C. <br> 4701 Tchoupitoulas Street, Suite B <br> New Orleans, Louisiana 70115 <br> Telephone:  (504) 218-8570 <br> Facsimile:   (504) 267-4893 <br> e-mail: jbethune@bethune-law.com <br> **ATTORNEY FOR KATHRYN FRANKOLA** | **MICHAEL C. KELLER (Bar #20895)** <br> **SCOTT G. CENTORINO (#36826)** <br> **ASSISTANT ATTORNEYS GENERAL** <br> LOUISIANA DEPARTMENT OF <br> JUSTICE - LITIGATION DIVISION <br> 1450 Poydras Street, Suite 900 <br> New Orleans, LA 70112 <br> Telephone: (504) 599-1200 <br> Facsimile (504) 599-1212 |

Email: kellerm@ag.louisiana.gov
centorinos@ag.louisiana.gov
**ATTORNEYS FOR BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTUTAL AND MECHANICAL COLLEGE**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading is being served upon all counsel of record/parties by e-mail transmission, and/or the courts electronic filing system on this 19th day of April, 2017.

                        /s/  Jon G. Bethune
_____
      **THE LAW OFFICE OF JON G. BETHUNE, L.L.C**